UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENISE CROWE | : | [redacted] 05 098 T |
| VS. | : | C.A. No. |
| ROBERT C. MARCHAND, MD;<br>SOUTH COUNTY ORTHOPEDIC &<br>PHYSICAL THERAPY, INC. | :<br>:<br>: | |

## COMPLAINT

Now comes the Plaintiff, in the above-entitled matter, and alleges and says as follows:

## PARTIES

1. The Plaintiff, Denise Crowe, is a resident of the City of Stafford in the State of Kansas.

2. Upon information and belief, the Defendant, Robert Marchand, MD, is a resident of the State of Rhode Island and a physician licensed to practice medicine in the State of Rhode Island with an office located at One High Street, Wakefield, Rhode Island.

3. Upon information and belief, the Defendant, South County Orthopedic & Physical Therapy, Inc. is a corporation duly organized and existing under the laws of the State of Rhode Island with its principal place of business located at One High Street, Wakefield, Rhode Island.

## JURISDICTION AND VENUE

4. Jurisdiction of this Court is proper under 28 USC §1332. Plaintiff is a citizen of the State of Kansas and Defendants are citizens of the State of Rhode Island. The

damages sustained by the Plaintiff exceed the sum of $75,000.00, exclusive of interest and costs.

5. Venue is proper under 28 USC §1391(a).

**COUNT I**

**NEGLIGENCE**
**ROBERT C. MARCHAND, MD**

6. During the period of time from October 21, 2002 through April 2003, the Defendant, Robert C. Marchand, MD, undertook to provide medical care and treatment to the Plaintiff resulting from an injury she sustained to her right wrist.

7. It then became and was the duty of the Defendant, Robert C. Marchand, MD, in treating the Plaintiff to exercise that degree of care and diligence which is ordinarily possessed by an average physician and/or healthcare provider practicing their profession.

8. During the period of time that the Defendant, Robert C. Marchand, MD, provided the Plaintiff with medical care and attention, the Defendant was negligent in that he failed to properly diagnose a right scapholumate disassociation in the Plaintiff's wrist, and further, failed to properly treat the Plaintiff's injury.

9. At all times relevant hereto, the Plaintiff exercised due care and caution.

10. As a direct and proximate result of the negligence of the Defendant, Robert C. Marchand, MD, as complained of herein, the Plaintiff suffered serious personal injury to her body; she requires and will continue in the future to require medical care and attention at great expense to her; she has experienced and will continue to experience in the future great pain and suffering of body and mind; she has and will continue to be prevented from carry

on her usual activities; she has lost and will continue to lose in the future, earnings, salaries, and/or wages.

**COUNT II**

**NEGLIGENCE**
**SOUTH COUNTY ORTHOPEDICS & PHYSICAL THERAPY, INC.**

11. Plaintiff realleges and restates Paragraphs 1 through 10 of this Complaint, as if same were set forth herein in detail in her Second Count.

12. During the period of time from October 21, 2002 through April 2003, the Defendant, South County Orthopedic & Physical Therapy, Inc., undertook to provide medical care and treatment to the Plaintiff.

13. It then became and was the duty of the Defendant, South County Orthopedic & Physical Therapy, Inc., by and through its agents, servants and employees in treating the Plaintiff to exercise that degree of care which is ordinarily possessed by average physicians and/or healthcare providers and/or physical therapists practicing their profession.

14. The medical treatment provided to the Plaintiff by the Defendant, South County Orthopedic & Physical Therapy, Inc., was negligent in that the Defendant by and through its agents, servants and employees failed to properly diagnose the Plaintiff's right scapholumate disassociation in her right wrist, and further, failed to properly treat said injury.

15. At all times relevant hereto, the Plaintiff exercised due care and caution.

16. At all times relevant hereto, all doctors, medical providers, and physical therapist who treated the Plaintiff at South County Orthopedic & Physical Therapy, Inc.

were agents, servants or employees of Defendant South County Orthopedic & Physical Therapy, Inc.

17. As a direct and proximate result of the negligence of the Defendants as complained of herein, the Plaintiff has suffered serious and personal injury to her body; she requires and will continue in the future to require medical care and attention at great expense to her; she has experienced and will continue to experience in the future great pain and suffering of body and mind; she has and will continue to be prevented from carrying on her usual activities; and she has lost and will continue to lose in the future earnings, salaries, and/or wages.

WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and severally, in an amount sufficient to sustain the jurisdiction of this Honorable Court and to be determined by the trier of fact for compensatory damages, plus interest and costs.

Plaintiff,
By and Through Her Attorney,

Thomas A. Tarro, III

Thomas A. Tarro, III #2046
LAW FIRM OF THOMAS A. TARRO, III,
The Summit East - Suite 330
300 Centerville Road
Warwick, RI 02886
(401) 737-7200
(401) 732-3362 (fax)

PLAINTIFF HEREBY CLAIMS HER RIGHT TO A TRIAL BY JURY.

Dated: 1/28/05