# United States District Court

DISTRICT OF

Rhode Island

DENISE CROWE

V.

ROBERT C. MARCHAND, M.D.
SOUTH COUNTY ORTHOPEDIC & PHYSICAL THERAPY, INC.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: [redacted] 05 098

TO: (Name and address of defendant)

Robert C. Marchand, M.D.
One High Street
Wakefield, RI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Tarro, III
THE LAW FIRM OR THOMAS A. TARRO, III
300 Centerville Road
Warwick, RI 02886

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 3-2-05

Paula Farrell Putnam
(BY) DEPUTY CLERK

3

440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE March 9, 2005 |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: Dr. Robert Marchand 1 High St. Wakefield RI

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

[ ] Returned unexecuted: ______

[ ] Other *(specify)*: ______

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40.00 | 40.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/9/05
*Date*

*Signature of Server*

Thomas Noury
41 N. Elmore Ave.
P.O. Box 14026
North Providence, RI 02911
*Address of Server*

FILED
2005 MAR 11 A 10: 04
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.