UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENISE CROWE,<br>Plaintiff<br>VS.<br><br>ROBERT C.MARCHAND, M.D.<br>SOUTH COUNTY ORTHOPEDIC<br>& PHYSICAL THERAPY, INC.<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A NO.: 05-098T |

**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**

Defendant, South Country Orthopedics & Physical Therapy, Inc., in accordance with Local Rule 31 (b) hereby notifies this Court of an action pending in the State of Rhode Island, Providence County Superior Court, Civil Action No. PC 05-0135, brought by the Plaintiff in January, 2005 against the present Defendants. The Plaintiff's pending State Court lawsuit involves the same transaction or occurrence comprising all or a material part of the subject matter of this action.

South County Orthopedics &
Physical Therapy, Inc.
By its attorney,

Dennis T. Grieco II #5037
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644; (401) 331-9304 (FAX)

4

**CERTIFICATE OF SERVICE**

Thomas A. Tarro, III, Esq.
300 Centerville Road, Suite 330
Warwick, RI 02886

David Carroll,Esq.
Roberts Carroll Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903

I hereby certify that on the 17 day of March, 2005, I forwarded a copy of the foregoing to the above-reference counsel of record via first-class mail, postage prepaid.

[signature]