UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENISE CROWE,<br>Plaintiff | ) | |
| VS. | ) | C.A NO.: 05-098T |
| ROBERT C.MARCHAND, M.D.<br>SOUTH COUNTY ORTHOPEDIC<br>& PHYSICAL THERAPY, INC.<br>Defendants | ) | |

**ENTRY OF APPEARANCE**

Dennis T. Grieco II hereby enters his appearance as counsel for the Defendant, South County Orthopedics & Physical Therapy, Inc.

South County Orthopedics &
Physical Therapy, Inc.
By its attorney,

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644; (401) 331-9304 (FAX)

**CERTIFICATE OF SERVICE**

Thomas A. Tarro, III, Esq.
300 Centerville Road, Suite 330
Warwick, RI 02886

David Carroll,Esq.
Roberts Carroll Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903

I hereby certify that on the 17 day of March, 2005, I forwarded a copy of the foregoing to the above-reference counsel of record via first-class mail, postage prepaid.

Cidalia Mendonca