DWC:rmc
35-182 / 262227
3/21/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE CROWE

VS. C.A. No: 05-098 T

ROBERT C. MARCHAND, M.D.
SOUTH COUNTY ORTHOPEDICS
& PHYSICAL THERAPY, INC.

## ANSWER OF ROBERT C. MARCHAND, M.D. TO PLAINTIFF'S COMPLAINT

### Parties

1. This defendant has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 and leaves the plaintiff to the proof thereof.

2. Admitted.

3. No answer of this defendant is required to the allegations contained in Paragraphs 3 inasmuch as none of the assertions made therein are directed to this defendant.

### Jurisdiction and Venue

4. It is admitted that this defendant is a citizen of the State of Rhode Island. No answer of this defendant is required to the allegations concerning jurisdiction inasmuch as such allegations amount to allegations of law and not of fact. It is denied that this defendant owes or will ever owe any sums of money to the plaintiff. Allegations against the co-defendant need not be answered by this defendant.

5. No answer of this defendant is required to the allegations contained in Paragraph 5 inasmuch as the assertions made therein amount to allegations of law and not of fact.

7

**COUNT I**

**NEGLIGENCE – ROBERT C. MARCHAND, M.D.**

6. Admitted.

7. No answer of this defendant is required to the allegations contained in Paragraph 5, Count I, inasmuch as the assertions made therein amount to allegations of law and not of fact and, also, because the allegations of law are not complete or accurate assertions of the law of the State of Rhode Island.

8. Denied.

9. This defendant has no knowledge or information sufficient to form a belief as to the truth of the allegations made in Paragraph 7, Count I, and leaves the plaintiff to the proof thereof.

10. Denied.

**COUNT II**

**NEGLIGENCE – SOUTH COUNTY ORTHOPEDICS & PHYSICAL THERAPY, INC.**

11. The answers to Paragraphs 1 through 10 are hereby incorporated as answer to this Paragraph 11, Count II.

12, 13. No answer of this defendant is required to the allegations contained in Paragraphs 12 and 13 of Count II inasmuch as none of the assertions made therein are directed to this defendant and, also, because some of the assertions made therein amount to allegations of law and not of fact, which allegations are not complete or accurate assertions of the law of the State of Rhode Island.

14. No answer of this defendant is required to the allegations contained in Paragraph 14, Count II, inasmuch as none of the allegations are specifically directed to this

defendant. To the extent it is deemed an answer is required by this defendant to such allegations, they are specifically denied.

15. This defendant has no knowledge or information sufficient to form a belief as to the truth of the allegations made in Paragraph 15, Count II, and leaves the plaintiff to the proof thereof.

16. As to this defendant, admitted. This defendant has no knowledge or information sufficient to form a belief as to the truth of the remaining allegations made in Paragraph 14, Count II, and leaves the plaintiff to the proof thereof.

17. Denied.

**FIRST DEFENSE**

To the extent applicable, this defendant pleads the defense of assumption of the risk.

**SECOND DEFENSE**

To the extent applicable, this defendant pleads the defense of contributory and comparative negligence.

**THIRD DEFENSE**

This action ought not be maintained inasmuch as the plaintiff is maintaining suit against the same defendants in the Superior Court for Providence County (Civil Action No. 05-0135) involving the same transactions, occurrence and material as in this lawsuit.

The defendant, Robert C. Marchand, M.D., hereby demands a trial by jury and designates David W. Carroll as trial counsel.

ROBERT C. MARCHAND, M.D.
By His Attorney,

David W. Carroll (#0561)
ROBERTS, CARROLL, FELDSTEIN &
PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document was mailed, postage prepaid, to the following on the 22ND day of March, 2005:

Thomas A. Tarro, III, Esq.
LAW FIRM OF THOMAS A. TARRO, III
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886

Dennis Grieco, Esq.
GIDLEY, SARLI & MARUSAK
One Turks Head Place, Suite 900
Providence, RI 02903