DWC:rmc
35-182 / 262246
3/21/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE CROWE

VS. C.A. No: 05-098 T

ROBERT C. MARCHAND, M.D.
SOUTH COUNTY ORTHOPEDICS
& PHYSICAL THERAPY, INC.

## ENTRY OF APPEARANCE

The undersigned hereby enters his appearance on behalf of the defendant, Robert C. Marchand, M.D., in the above-entitled matter.

David W. Carroll (#0561)
ROBERTS, CARROLL, FELDSTEIN &
PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000

## CERTIFICATION

The undersigned hereby certifies that a true copy of the within document was mailed, postage prepaid, to the following on the 22ND day of March, 2005:

Thomas A. Tarro, III, Esq.
LAW FIRM OF THOMAS A. TARRO, III
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886

Dennis Grieco, Esq.
GIDLEY, SARLI & MARUSAK
One Turks Head Place, Suite 900
Providence, RI 02903

8