DWC:mc
35-182 / 262236
3/21/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE CROWE

VS. C.A. No: 05-098 T

ROBERT C. MARCHAND, M.D.
SOUTH COUNTY ORTHOPEDICS
& PHYSICAL THERAPY, INC.

**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**

Defendant, Robert C. Marchand, M.D., in accordance with Local Rule 31(b) hereby notifies this Court of an action pending in the State of Rhode Island, Providence County Superior Court, Civil Action No. PC05-0135, brought by the Plaintiff in January, 2005, against the present Defendants. The Plaintiff's pending state court lawsuit involves the same transaction or occurrence comprising all or a material part of the subject matter of this action.

ROBERT C. MARCHAND, M.D.
By His Attorney,

David W. Carroll (#0561)
ROBERTS, CARROLL, FELDSTEIN &
PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000

9

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document was mailed, postage prepaid, to the following on the 22ND day of March, 2005:

Thomas A. Tarro, III, Esq.
LAW FIRM OF THOMAS A. TARRO, III
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886

Dennis T. Grieco, II, Esq.
GIDLEY, SARLI & MARUSAK
One Turks Head Place, Suite 900
Providence, RI 02903

Rachel Gautier