UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE CROWE, )
Plaintiff )
VS. )
) C.A NO.: 05-098 T
ROBERT C.MARCHAND, M.D. )
SOUTH COUNTY ORTHOPEDIC )
& PHYSICAL THERAPY, INC. )
Defendants )

**DEFENDANT, SOUTH COUNTY ORTHOPEDICS & PHYSICAL THERAPY, INC.'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY**

Defendant, South County Orthopedics & Physical Therapy, Inc., pursuant to Fed. R. Civ. P. 6(b), hereby moves for an Order of this Court enlarging the time within which it must respond to plaintiff's interrogatories and requests for production of documents. As grounds therefore, Defendant states that its employee responsible for gathering and preparing the information needed for its discovery responses has been out of work as a result of surgery. Thus, a brief period of additional time is necessary to complete the preparation of that information. The plaintiff had previously stipulated that those discovery responses may be provided on July 1, 2005. However, for the reasons stated an additional two weeks is needed to provide the responses. Defendant's counsel attempted to contact plaintiff's counsel regarding an agreed upon further extension, but plaintiff's counsel was out of town and unavailable, necessitating the filing of this motion. No prejudice can come to the plaintiff as a result of the brief further extension that defendant seeks. No pretrial conference has yet taken place in the case and defendant will provide its discovery responses before the pretrial conference scheduled on July 20, 2005. Thus, plaintiff will have complete discovery responses before additional discovery is undertaken.

**WHEREFORE**, Defendant's motion to enlarge time to respond to plaintiff's discovery should be granted and defendant should be permitted to respond to that discovery on or before July15, 2005.

South County Orthopedics & Physical Therapy,
By its attorney

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644; 331-9304 (FAX)

**CERTIFICATION**

Thomas A. Tarro, III, Esq.
300 Centerville Road
Suite 330
Warwick, RI 02886

David Carroll,Esq.
Roberts Carroll Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903

I hereby certify that on the 1 day of July, 2005, I forwarded a copy of the foregoing to the above-reference counsel of record.

Ardaxe Mendes Lucci

3:5P

ED