UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 01 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

DENISE CROWE, )
Plaintiff )
VS. )
) C.A NO.: 05-098 T
ROBERT C.MARCHAND, M.D. )
SOUTH COUNTY ORTHOPEDIC )
& PHYSICAL THERAPY, INC. )
Defendants )

**DEFENDANT, SOUTH COUNTY ORTHOPEDICS & PHYSICAL THERAPY, INC.'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY**

Defendant, South County Orthopedics & Physical Therapy, Inc., pursuant to Fed. R. Civ. P. 6(b), hereby moves for an Order of this Court enlarging the time within which it must respond to plaintiff's interrogatories and requests for production of documents. As grounds therefore, Defendant states that its employee responsible for gathering and preparing the information needed for its discovery responses has been out of work as a result of surgery. Thus, a brief period of additional time is necessary to complete the preparation of that information. The plaintiff had previously stipulated that those discovery responses may be provided on July 1, 2005. However, for the reasons stated an additional two weeks is needed to provide the responses. Defendant's counsel attempted to contact plaintiff's counsel regarding an agreed upon further extension, but plaintiff's counsel was out of town and unavailable, necessitating the filing of this motion. No prejudice can come to the plaintiff as a result of the brief further extension that defendant seeks. No pretrial conference has yet taken place in the case and defendant will provide its discovery responses before the pretrial conference scheduled on July 20, 2005. Thus, plaintiff will have complete discovery responses before additional discovery is undertaken.

RECEIVED
JUL 06 2005

Granted. No objection having been filed
David L. Martin 7-18-05
USMJ.

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☒ for determination
☐ ____________
Ernest C. Torres, Chief Judge
Date: 7/5/05