UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE CROWE

VS. C.A. No: 05-098 T

ROBERT C. MARCHAND, M.D.
SOUTH COUNTY ORTHOPEDICS
& PHYSICAL THERAPY, INC.

**NOTICE TO TAKE DEPOSITION**

DEPONENT: Amy McGilvary
DATE: October 17, 2005
TIME: 1:30 p.m.

Please take notice that pursuant to R.C.P. 30(b), the Defendant in the above-entitled matter will take the deposition of the above-named individual on oral examination, which examination will continue from day to day until completed, the same to commence on the date and at the time above stated at the offices of ROBERTS, CARROLL, FELDSTEIN & PEIRCE, Ten Weybosset Street, Eighth Floor, Providence, Rhode Island 02903, before a notary public commissioned in the State of Rhode Island.

DEFENDANT
Robert C. Marchand, M.D.
By His Attorney,

David W. Carroll #0561
ROBERTS, CARROLL, FELDSTEIN
& PEIRCE
10 Weybosset Street, 8th Floor
Providence, RI 02903
(401) 521-7000
FAX (401) 521-1328

**CERTIFICATION**

I hereby certify that I mailed a copy of the within notice this 16th day of September, 2005, to:

Thomas A. Tarro, III, Esq.
LAW FIRM OF THOMAS A. TARRO, III
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886

Dennis T. Grieco, Esq.
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

Reporting Associates
Ten Dorrance Street, Suite 617
Providence, RI 02903

________________________