UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENISE CROWE,<br>Plaintiff,<br><br>v.<br><br>ROBERT C. MARCHAND, MD;<br>SOUTH COUNTY ORTHOPEDIC &<br>PHYSICAL THERAPY, INC.,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CA 05-098 T |

**ORDER GRANTING**
**PLAINTIFF'S MOTION FOR PERMISSION**
**TO TAKE VIDEO TAPED DEPOSITIONS**

Before the court is Plaintiff's Motion for Permission to Take Video Taped Depositions (Document ("Doc.") #20) (the "Motion"). Defendant South County Orthopedics & Physical Therapy, Inc., has filed a conditional objection to the Motion.

The Motion is GRANTED to the extent that Plaintiff may take the depositions noticed by videotape. However, the court makes no ruling on the admissibility of said video depositions at trial.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
November 2, 2005

BY ORDER:

Deputy Clerk