UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENISE CROWE, Plaintiff | ) | |
| VS. | ) | |
| | ) | C.A NO.: 05-098 T |
| ROBERT C.MARCHAND, M.D. SOUTH COUNTY ORTHOPEDICS & PHYSICAL THERAPY, INC., Defendants | ) | |

**DEFENDANT, SOUTH COUNTY ORTHOPEDICS & PHYSICAL THERAPY, INC.'S CONDITIONAL OBJECTION TO PLAINTIFF'S MOTION FOR PERMISSION TO TAKE VIDEOTAPED DEPOSITIONS**

The Defendant, South County Orthopedics & Physical Therapy, Inc., hereby conditionally objects to the Plaintiff's Motion for Permission to Take Videotaped Depositions. Defendant does not object to the depositions listed in the Plaintiff's motion being videotaped. However, Defendant does object to the Plaintiff's Motion to the extent that it seeks any ruling about the use or admissibility of those videotaped depositions at the time of trial. Defendant's position is detailed further in the Memorandum filed herewith.

WHEREFORE, any Order permitting the Plaintiff to videotape depositions addressed in her Motion for Permission to Take Videotaped Depositions should expressly indicate that the admissibility and/or use of those videotaped depositions would be determined at the time of trial.

South County Orthopedics & Physical Therapy,
By its attorney

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644; 331-9304 (FAX)

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2005 OCT 28 P 4: 12

**CERTIFICATION**

Thomas A. Tarro, III, Esq.
300 Centerville Road
Suite 330
Warwick, RI 02886

David Carroll, Esq.
Roberts Carroll Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903

I hereby certify that on the 28 day of October, 2005, I forwarded a copy of the foregoing to the above-reference counsel of record.

[signature]