UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE CROWE :

VS. : C.A. No. 05-098T

ROBERT C. MARCHAND, MD; :
SOUTH COUNTY ORTHOPEDIC & :
PHYSICAL THERAPY, INC. :

**MOTION TO STRIKE OBJECTION AND COMPEL MORE RESPONSIVE RESPONSES TO REQUEST FOR PRODUCTION PROPOUNDED UPON THE DEFENDANT, SOUTH COUNTY ORTHOPEDIC & PHYSICAL THERAPY, INC.**

Now comes your Plaintiff, Denise Crowe, pursuant to Rule 37 of the Federal Rules of Civil procedure and moves for an Order of this Honorable Court to strike certain objections that have been raised by the Defendant and compel the Defendant to provide more responsive responses to Request for Production propounded upon it by the Plaintiff, in this matter, as follows:

**REQUEST NO.9:** Defendant is requested to produce any and all medical records pertaining to Plaintiff obtained from sources other than Plaintiff's counsel.

**RESPONSE NO. 9**: Other than the records produced in response to Request for Production No. 1, this Defendant has only obtained medical records from sources other than Plaintiff's counsel through discovery methods available pursuant to the Federal Rules of Civil Procedure. Plaintiff has had equal access to those records obtained through those discovery inquiries. Thus, Defendant objects to this Request for Production on the grounds that it is unduly burdensome.

**INFORMATION SOUGHT**: Plaintiff seeks an Order of the Court striking the Objection and compelling the Defendant to provide a response to the Request for Production as posed. Although these lines, the Defendant has indicated in his response that he has obtained medical records from sources other than Plaintiff's counsel through discovery methods available pursuant to the Federal Rules of Civil Procedure. Plaintiff is unaware of what sources the Defendant is referring to, where this Defendant has not requested any authorization from the Plaintiff to obtain her medical records from any other source. Accordingly, Plaintiff's counsel is hard pressed to conceive of a method by which the Defendant has obtained medical records concerning the Plaintiff without her consent or some Court Order. Further along these lines, Plaintiff's counsel is aware that Defendants have noticed Records Keeper Depositions with respect to medical providers of the Plaintiff. The Plaintiff has routinely requested copies of any records produced by way of Record Keeper Depositions. If the Defendant is referring to medical records that were provided in response to a Record Keeper's Deposition, the Defendant should so state so that the Plaintiff is aware of the records that the Defendant is referring to in response to Request No. 9. However, if the Defendant has obtained medical records from other source concerning the Plaintiff, the Defendant should be required to produce those records to the Plaintiff's counsel in response to the request and the Defendant's objection should be stricken.

WHEREFORE, the Plaintiff, Denise Crowe, hereby requests this Honorable Court strike those objections as set forth above and Order the Defendant to provide fully responsive further answers to the above Request for Production within 10 days.

## GOOD FAITH CERTIFICATION

The undersigned certifies that Attorney Kris Macaruso Marotti of his office has made a good faith attempt to confer with opposing counsel concerning the matters contained herein so as to avoid the necessity of Court intervention, without success.

Plaintiff,
By and Through His Attorney,

[signature]

Thomas A. Tarro, III, #2046
THE LAW FIRM OF THOMAS A.TARRO, III, ESQ.
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

## CERTIFICATION

I, the undersigned, hereby certify that I have served a copy of the foregoing ***Motion to Strike Objections and Compel Response to Request for Production*** on the 10th day of ~~October~~ November 2005, to:

David Carroll, Esq.
ROBERTS CARROLL FELDSTEIN & PEIRCE
Ten Weybosset Street
Providence, RI 02903

Dennis T. Grieco, II
GIDLEY, SARLI & MARUSAK, LLP
One Turks Heald Place, Suite 900
Providence, RI 02903

[signature]