AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

Denise Crowe

APPEARANCE

v.

Robert C. Marchand;
South County Orthopedic +
Physical Therapy, Inc

CASE NUMBER: 05-098T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff, Denise Crowe

I certify that I am admitted to practice in this court.

12/16/05
*Date*

[signature]
*Signature*

Kris Macaruso Marotti #4605
*Print Name* *Bar Number*

Law firm of Thomas A. Tarro III
300 Centerville Rd Ste. 330
*Address*

Warwick, RI 02886
*City* *State* *Zip Code*

(401) 737-7200 732-3362
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.