AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

Crowe

v.

Marchand, et al

APPEARANCE

CASE NUMBER: 05-98T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Robert C. Marchand, M.D

I certify that I am admitted to practice in this court.

12/16/05
*Date*

Kristin Barkett Petty
*Signature*

Kristin Barkett Petty 5926
*Print Name* Roberts Carroll Feldstein Peirce *Bar Number*

10 Weybosset St
*Address*

Providence RI 02903
*City* *State* *Zip Code*

401 521 7000 401 521 1328
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.