RECEIVED

DEC 21 2005

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE CROWE :

VS. : C.A. No. 05-098T

ROBERT C. MARCHAND, MD; :
SOUTH COUNTY ORTHOPEDIC & :
PHYSICAL THERAPY, INC. :

**ORDER**

The above-entitled matter came on for hearing at United States District Court for the District of Rhode Island, before Magistrate Judge David L. Martin, on December 16, 2005 on the Plaintiff's Motion to Strike Objections and Compel More Responsive Answers to Interrogatories Propounded upon Defendant, Robert C. Marchand. After hearing thereon and with due consideration, it is hereby

**ORDERED, ADJUDGED AND DECREED**

1. As to Interrogatory No. 13, the Plaintiff's Motion to Compel is denied.

2. As to Interrogatory No. 16, the Plaintiff's Motion to Compel is granted in a modified form, such that the Defendant shall identify, by date, the particular medical record(s) in which a preliminary or final diagnosis of the Plaintiff appears. In the event that the medical records do not set forth any preliminary or final diagnosis, the Defendant shall so state in response to the interrogatory.

3. As to Interrogatory No. 18, the Plaintiff's Motion to Compel is granted and the Plaintiff's Motion to overrule the Defendant's objection is granted. The Defendant shall provide a more responsive answer to the interrogatory and supplement said response in accordance with the Federal Rules of Civil Procedure. In the event that the Defendant does not timely supplement his response to the Interrogatory, he shall be precluded from introducing evidence at trial as to any other person or entity responsible for the injuries sustained by the Plaintiff.

4. As to Interrogatory No. 23, the Plaintiff's Motion to Compel is hereby granted. The Defendant shall provide a response to the Interrogatory.

5. As to Interrogatories Nos. 9, 11, and 15, the Plaintiff shall pass its Motion to Compel.

6. As to Interrogatory No. 10, the Plaintiff's Motion to Compel is granted by agreement. The Defendant shall supplement its answer to subsection (b) and (c) of the Interrogatory.

7. As to Interrogatory No. 12, the Plaintiff's Motion is granted by agreement. The Defendant shall supplement its answer to the expert interrogatory and each of its subparts.

8. As to Interrogatory No. 14, the Plaintiff's Motion to Compel is granted by agreement such that the Defendant's Objection to the Interrogatory shall be stricken. The Defendant need not supplement its answer to the interrogatory.

As to Interrogatories Nos. 10, 14, 16 and 18, the Defendant shall have 21 days, or up to and including January 6, 2006 to comply with this Order.

As to Interrogatory No. 12 and 23, the Defendant shall have 30 days, or up to and including January 15, 2006 to comply with this Order.

ENTERED PER ORDER

David L Martin
USMJ 12-30-05

Presented by:

Kris Macaruso Marotti, #2046
THE LAW FIRM OF THOMAS A. TARRO, III
300 Centerville Road
Summit East, Suite 330
Warwick, RI 0288

**CERTIFICATION**

I, the undersigned, hereby certify that I have served a copy of the foregoing Order on the 20th day of December 2005, to:

Dennis T. Grieco, Esq.
GIDLEY, SARLI & MARUSAK, LLP.
One Turks Head Place, Suite 900
Providence, RI 02903

Kristin Barkett Petttey, Esq.
ROBERTS CARROLL FELDSEIN & PEIRCE
10 Weybosset Street
Providence, RI 02903

Judy Tarro