RECEIVED
DEC 21 2005
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE CROWE :

VS. : C.A. No. 05-098T

ROBERT C. MARCHAND, MD; :
SOUTH COUNTY ORTHOPEDIC & :
PHYSICAL THERAPY, INC. :

**ORDER**

The above-entitled matter came on for hearing at United States District Court for the District of Rhode Island, before Magistrate Judge David L. Martin, on December 16, 2005 on the Plaintiff's Motion to Strike Objection and Compel More Responsive Responses to Request for Production propounded upon South County Orthopedic & Physical Therapy, Inc. and Plaintiff's Motion to Strike Objections and Compel More Responsive Answers to Interrogatories Propounded upon South County Orthopedic & Physical Therapy, Inc. After hearing thereon and with due consideration, it is hereby

**ORDERED, ADJUDGED AND DECREED**

I. As to the Plaintiff's Motion to Strike Objections and Compel More Responsive Answers to Interrogatories Propounded upon the Defendant, South County Orthopedic & Physical Therapy, Inc.

1. As to Interrogatory No. 2, the Plaintiff's Motion to Compel is denied.

2. As to Interrogatory No. 9, Plaintiff's Motion to Compel is denied without prejudice.

3. As to Interrogatory No. 13, Plaintiff's Motion to Compel is granted. The Defendant shall supplement its Answer to the Interrogatory by identifying the particular record(s) which reflects the medical consult to Dr. Akelman. The Defendant shall further affirmatively state whether it has knowledge of any other medical consult requested by an employee, agent or servant of South County Orthopedic & Physical Therapy, Inc. other than that to Dr. Akelman.

4. As to Interrogatory No. 14, the Court grants the Plaintiff's Motion to Compel an answer to a modified version of the Interrogatory, which shall require the Defendant to identify any lawsuit for alleged malpractice by Dr. Robert Marchand and relating to an injury to the wrist, forearm or hand for the period of time from October 20, 1992 to ~~the present~~. Oct. 20, 2002. DLM

5. As to Interrogatory No. 19, the Plaintiff's Motion to Compel is denied.

6. As to Interrogatories Nos. 5, 11, 12, 15 and 18, Plaintiff shall pass its Motion to Compel.

7. As to Interrogatory No. 7, the Plaintiff's Motion to Compel shall be granted by agreement and the Defendant shall strike the privilege asserted in its original answer to the Interrogatory.

II. As to the Plaintiff's Motion to Strike Objection and Compel More Responsive Responses to Request for Production Propounded upon the Defendant, South County Orthopedic & Physical Therapy, Inc.

1. As to Request No. 9, the Plaintiff's Motion to Compel shall be passed based on the agreement of the parties and the representation of defense counsel that the medical records pertaining to the Plaintiff in its possession comprise only those medical records obtained in response to Request for Production and in response to Record Keeper's Depositions and Subpoena Duces Tecum associated therewith in this matter and the matter previously pending in the Rhode Island Superior Court entitled Dennis Crowe v. Robert C. Marchand, M.D., et al, C.A. No. 05-0135.

The Defendant shall have 21 days, or up to and including January 6, 2006 to comply with this Order.

ENTERED PER ORDER

David L. Martin
USMJ 12-30-05

Presented by:

Kris Macaruso Marotti, # 2046
THE LAW FIRM OF THOMAS A. TARRO, III
300 Centerville Road
Summit East, Suite 330
Warwick, RI 02886

## CERTIFICATION

I, the undersigned, hereby certify that I have served a copy of the foregoing Order on the 20th day of December 2005, to:

Dennis T. Grieco, Esq.
GIDLEY, SARLI & MARUSAK, LLP.
One Turks Head Place, Suite 900
Providence, RI 02903

Kristin Barkett Petttey, Esq.
ROBERTS CARROLL FELDSEIN & PEIRCE
10 Weybosset Street
Providence, RI 02903

Judy Sarro