UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE CROWE, )
Plaintiff )
VS. )
) C.A NO.: 05-098T
ROBERT C.MARCHAND, M.D. )
SOUTH COUNTY ORTHOPEDICS )
& PHYSICAL THERAPY, INC. )
Defendants )

**NOTICE TO TAKE DEPOSITION**

DEPONENT: **Keeper of Records**
**Narragansett High School**
**245 South Pier Road**
**Narragansett, RI 02882**

DATE: **January 31, 2006**

TIME: **2:00 P.M.**

PLEASE TAKE NOTICE that pursuant to Rhode Island Civil Procedure 30, the defendant in the above-captioned matter will take the deposition of the above-named individual on oral examination, which examination will continue from day to day until completed, the same to commence on the date and time above stated at the offices of **GIDLEY, SARLI & MARUSAK, LLP, One Turks Head Place, Suite 900, Providence, Rhode Island** before a Notary Public commissioned in the State of Rhode Island.

Please take further notice that a subpoena will issue to said deponent in the form attached hereto and pursuant to Rhode Island General Laws 5-37.3-6.1. Plaintiff is hereby notified that plaintiff has the right to challenge said subpoena within 20 days of service of this notice.

South County Orthopedics & Physical Therapy,
By its attorneys,

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
Tel: (401) 274-6644 (401) 331-9304 (fax)

**CERTIFICATE OF SERVICE**

Thomas A. Tarro, III, Esq.
300 Centerville Road, Suite 330
Warwick, RI 02886

David Carroll, Esq.
Roberts Carroll Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903

I hereby certify that on the 30th day of December 2005, I forwarded a copy of the foregoing to the above-reference counsel of record via first-class mail, postage prepaid.

Karen Ciccone

cc: Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

AO 88 (11/91) Subpoena in a Civil Case

# United States District Court

FOR DISTRICT OF RHODE ISLAND

DENISE CROWE

V.

ROBERT C. MARCHAND, M.D. and
SOUTH COUNTY ORTHOPEDICS &
PHYSICAL THERAPY, INC.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 05-098T

TO: Keeper of Records
Narragansett High School
245 South Pier Road
Narragansett, RI 02882

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHED EXHIBIT A

| PLACE | DATE AND TIME |
|---|---|
| Gidley, Sarli & Marusak, LLP, One Turks Head Place, Suite 900, Providence, RI 02903 | January 31, 2006 @ 2:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

**EXHIBIT A**

**Any and all records, correspondence, or documents of any kind (regardless of the medium in which they are kept, e.g., hard copy, computer, file, etc., including but not limited to medical records or records of attendance, concerning Taylor Hennesey.**

**CERTIFICATION OF PLAINTIFF'S RIGHT TO CHALLENGE SUBPOENA**

Pursuant to R.I.G.L. 5-37.3-6.1, the party issuing this subpoena certifies that a copy of the subpoena has been served upon the plaintiff together with the notice of the plaintiff's right to challenge the subpoena, 20 days have passed from the date of service of the subpoena upon the plaintiff, and that the plaintiff has not initiated a challenge to the subpoena within that 20-day period of time.