UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JAN 0 5 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

DENISE CROWE, )
Plaintiff )
VS. )
) C.A NO.: 05-098 T
ROBERT C.MARCHAND, M.D. )
SOUTH COUNTY ORTHOPEDIC )
& PHYSICAL THERAPY, INC. )
Defendants )

**DEFENDANT, SOUTH COUNTY ORTHOPEDICS & PHYSICAL THERAPY, INC.'S MOTION TO COMPEL FURTHER RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS PURSUANT TO FED. R. CIV. P. 37(a)(2)**

The Defendant, South County Orthopedics & Physical Therapy, Inc., pursuant to Fed. R. Civ. P. 37(a)(2), hereby moves for an Order compelling the Plaintiff, Denise Crowe, to provide further responses to request for production of documents within twenty (20) days as follows:

**Request No. 1:** Any and all medical records, medical reports, records of laboratory tests, radiography films, bills, correspondence, and memoranda from any and all physicians, hospitals or health care providers relative to treatment of the injuries you allege to have suffered.

**Response:** Objection. Said Request for Production seeks information which is beyond the permissible scope of discovery and protected as attorney work product. Without waiving said objection, please see records, which are attached hereto and marked Bate Stamp Nos. 1-147.

**Information Sought:** The Defendant moves to strike the Plaintiff's objection. This request seeks health care information relating to the treatment of the injuries that that Plaintiff alleges that she has suffered. The Plaintiff's objection, that the request for production seeks information beyond the permissible scope of discovery and protected as attorney work product is unfounded. To the extent that certain documents are being withheld in the basis of privilege, the Plaintiff should be compelled to provide a privilege log pursuant to Fed. R. Civ. P. 26(b)(5).

**Request No. 2:** Any and all medical records from any health care providers for five (5) years prior to the injuries you allege to have suffered through the present.

GRANTED, no objection having been filed.
David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
January 5, 2006

Martin
Date: 12/23/05