UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JAN 03 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

DENISE CROWE, )
Plaintiff )
VS. )
) C.A NO.: 05-098 T
ROBERT C.MARCHAND, M.D. )
SOUTH COUNTY ORTHOPEDIC )
& PHYSICAL THERAPY, INC. )
Defendants )

**DEFENDANT, SOUTH COUNTY ORTHOPEDICS & PHYSICAL THERAPY, INC.'S MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORIES PURSUANT TO FED. R. CIV. P. 37(a)(2)**

The Defendant, South County Orthopedics & Physical Therapy, Inc., pursuant to Fed. R. Civ. P. 37(a)(2), hereby moves for an Order compelling the Plaintiff, Denise Crowe, to provide more responsive answers to interrogatories within twenty (20) days as follows:

**Interrogatory No. 5**: List and describe each of the special damages incurred by you as a result of the incident sued upon, including but not limited to, hospital charges, medical charges, x-ray charges, laboratory fees, the cost of medicines, the expenses of special nurses or helpers, charges for substitute help, charges for special appliances, loss of earning capacity, loss of services or consortium, property damages, etc., giving the name and address of the person or organization to whom each item of expense has been paid or is payable and the dates such expenses were incurred.

**Answer:** Plaintiff is in the process of obtaining medical bills related to treatment she received after he injury. Said documents will be produced to defense counsel in response to document request upon receipt thereof.

As to the loss of earning capacity, I was out of work from the date of surgery, 5/13/03 until 9/8/03.

$11.23 X 29 (hours) = $325.00, per week

$325.00 X 17 (weeks) = 45,525.000

GRANTED, no objection having been filed.

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
January 5, 2006

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☒ for determination
☐ ____
Ernest C. Torres, Chief Judge
Date: 12/23/05