UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENISE CROWE | : | |
| VS. | : | C.A. No. 05-098T |
| ROBERT C. MARCHAND, MD;<br>SOUTH COUNTY ORTHOPEDIC &<br>PHYSICAL THERAPY, INC. | :<br>:<br>: | |

**MOTION TO VACATE ORDER**

Now comes the Plaintiff in the above-entitled action and moves to vacate the Order Magistrate Judge Martin, granting the following motions filed by the Defendant South County Orthopedic & Physical Therapy, Inc. to compel. The grounds for this motion is the following:

1. Counsel for the Plaintiff and Defendant South County Orthopedic & Physical Therapy, Inc. entered into a Stipulation extending the time to object to the Motions to Compel up to and including, January 4, 2006.

2. On December 21, 2005, a Stipulation was prepared by Attorney Kris Macaruso Marotti of The Law Firm of Thomas A. Tarro, III, which was forwarded to Attorney Grieco setting forth the agreement of counsel.

3. The Stipulation (Exhibit "1") was signed by Attorney Greico and returned to Attorney Marotti by communication postmarked December 30, 2005 (Exhibit "2"). The envelope was addressed to Attorney Marotti and was received by the law firm on January 3 or 4, 2006.

4. Attorney Marotti is on vacation and has been out of the office since January 3, 2006.

5. The undersigned counsel filed with this Court on January 4, 2006 the Plaintiff's Objections to the Defendant Motions to Compel and were filed within the time period set forth Stipulation.

6. Counsel for Defendant South County Orthopedic & Physical Therapy, Inc. has no objection to the granting of this Motion.

Accordingly, the Plaintiff respectfully requests that the Order granting the Defendant South County Orthopedic & Physical Therapy, Inc.'s Motions to Compel be vacated and that the Motions and Objections as filed be considered by the Court in their entirety.

Plaintiff,
By and Through Her Attorney,

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

**CERTIFICATION**

I, the undersigned, hereby certify that I have mailed and faxed a copy of the foregoing ***Motion*** on the 6th day of January, 2006, to:

Dennis T. Grieco, Esq.
GIDLEY, SARLI & MARUSAK, LLP.
One Turks Head Place, Suite 900
Providence, RI 02903

David Carroll, Esq.
ROBERTS CARROLL FELDSEIN & PEIRCE
10 Weybosset Street
Providence, RI 02903