ead Place, Suite 900
Rhode Island 02903

Sarli & Marusak, LLP
ATTORNEYS AT LAW

PROVIDENCE RI 029
PM
30
2005

Kris Macaruso Marotti, Esq.
300 Centerville Road
Suite 330
Warwick, RI 02886

02886+0200

[redacted]