RECEIVED DEC 2 2 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE CROWE :

VS. : C.A. No. 05-098T

ROBERT C. MARCHAND, MD; :
SOUTH COUNTY ORTHOPEDIC & :
PHYSICAL THERAPY, INC. :

RECEIVED
JAN 06 2006
Property of U.S. District Court
District of Rhode Island

**STIPULATION**

Plaintiff, Denise Crowe, and the Defendant, South County Orthopedics & Physical Therapy, Inc., by and through their undersigned attorneys, hereby agree that the Plaintiff, Denise Crowe, shall have an extension of time up to and including January 4, 2006, in which to file her objections to the Defendant, South County Orthopedic & Physical Therapy, Inc.'s Motion to Compel Further Response to Request for Production of Documents and Motion to Compel More Responsive Answers to Interrogatories.

Plaintiff,
By and through her attorney

Thomas A. Tarro, III, Esq. (2046)
THE LAW FIRM OF THOMAS A. TARRO, III
The Summit East-Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 – *fax*

Defendant,
By and through its attorney,

Dennis T. Grieco, III, Esq. (5057)
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, Rhode Island 02903
(401) 274-6644
(401) 331-3904 - *fax*

Dated: December 21, 2005

**CERTIFICATION**

I, the undersigned, hereby certify that I have served a copy of the foregoing ***Stipulation*** on the 5th day of ~~December 2005,~~ January 2006 to:

Dennis T. Grieco, Esq.
GIDLEY, SARLI & MARUSAK, LLP.
One Turks Head Place, Suite 900
Providence, RI 02903

David Carroll, Esq.
ROBERTS CARROLL FELDSEIN & PEIRCE
10 Weybosset street
Providence, RI 02903

Ashley Truscott