UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENISE CROWE,<br>Plaintiff, | : | |
| v. | : | CA 05-098 T |
| ROBERT C. MARCHAND, MD;<br>SOUTH COUNTY ORTHOPEDIC &<br>PHYSICAL THERAPY, INC.,<br>Defendants. | : | |

**ORDER VACATING**
**TWO ORDERS**

On December 7, 2005, Defendant South County Orthopedic & Physical Therapy, Inc., filed two motions: (1) Defendant, South County Orthopedics & Physical Therapy, Inc.'s Motion to Compel More Responsive Answers to Interrogatories Pursuant to Fed. R. Civ. P. 37(a)(2) (Document ("Doc.") #31) and (2) Defendant, South County Orthopedics & Physical Therapy, Inc.'s Motion to Compel Further Responses to Request for Production of Documents Pursuant to Fed. R. Civ. P. 37(a)(2) (Doc. #32) (collectively the "Motions to Compel"). Objections to the Motions to Compel were due no later than December 21, 2005. See Docket. The Motions to Compel were referred to this Magistrate Judge on December 23, 2005, for determination. See id. The Motions to Compel were granted, no objection having been filed, on January 5, 2006. See Orders dated January 5, 2006 (Doc. #39 and Doc. #40).

The court received a stipulation on January 6, 2006, stating that the parties "hereby agree that the Plaintiff, Denise Crowe, shall have an extension of time up to and including January 4, 2006, in which to file her objections to the Defendant, South County Orthopedic & Physical Therapy, Inc.'s Motion to Compel Further Response to Request for Production and Motion to Compel More Responsive Answers to Interrogatories." Stipulation at 1.

Said objections were filed on January 4, 2006, see Plaintiff's Objection to Defendant, South County Orthopedic & Physical Therapy, Inc.'s, Motion to Compel More Responsive Answers to Interrogatories (Doc. #41); Plaintiff's Objection to Defendant, South County Orthopedic & Physical Therapy, Inc.'s, Motion to Compel Further Response to Request for Production (Doc. #42), unbeknownst to this Magistrate Judge. Plaintiff has also filed a Motion to Vacate Order (Doc. #44), explaining the delay in notifying the court of the stipulation, requesting that the orders dated January 5, 2006, be vacated, and stating that counsel for Defendant South County Orthopedic & Physical Therapy, Inc., has no objection. See Motion to Vacate Order at 1-2.

Accordingly, the court hereby VACATES its Orders dated January 5, 2006 (Doc. #39 and Doc. #40). **The court will conduct a hearing on the Motions to Compel** (Doc. #31 and Doc. #32) **on Wednesday, January 25, 2006, at 2:00 p.m.** in **Courtroom B**, Room 260, John O. Pastore Federal Building, Two Exchange Terrace, Providence RI 02903.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
January 10, 2006

BY ORDER:

Deputy Clerk