DWC:dmh
284679 1/6/06

FILED
JAN 12 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE CROWE

VS. C.A. No: 05-098 T

ROBERT C. MARCHAND, M.D.
SOUTH COUNTY ORTHOPEDICS
& PHYSICAL THERAPY, INC.

**RESPONSE OF DEFENDANT, ROBERT C. MARCHAND, TO PLAINTIFF'S MOTION TO EXTEND DISCOVERY DISCLOSURE DATE**

This Defendant urges that the Court grant Plaintiff's Motion to Extend the discovery disclosure date. In that regard, it is suggested that the key items are contained in Paragraph 18, Page 6, of Plaintiff's Motion wherein it is stated that:

> The inability to conduct the depositions of Defendant's medical experts is not in any way attributed to misconduct on the part of defense counsel. It appears that Defendant's experts have had difficulty compiling the information required by Rule 26 prior to the scheduled depositions. Similarly, Plaintiff's counsel has encountered similar problems with its medical expert. Further, the Defendants have not yet had an opportunity to conduct the deposition of Plaintiff's medical expert. Footnote-Dr. Rozmaryn's deposition was scheduled for January 12, 2006, but has been continued due to the fact that he has not finalized his report.

It is submitted that the attorneys for all parties, as indicated in Plaintiff's Motion, have acted in good faith, professionally and cooperatively. There are certain items, however, that are simply not in their total control.

As indicated above, it is urged that the Plaintiff's Motion be granted.

ROBERT C. MARCHAND, M.D.
By His Attorney,

David W. Carroll (#0561)
ROBERTS, CARROLL, FELDSTEIN & PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000

**CERTIFICATION**

I hereby certify that I caused a copy of the within to be delivered to the following attorneys of record on the 11th day of January, 2006.

Thomas A. Tarro, III, Esq.
LAW FIRM OF THOMAS A. TARRO, III
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886

Dennis T. Grieco, Esq.
GIDLEY, SARLI &
MARUSAK, LLP
One Turks Head Place
Suite 900
Providence, RI 02903