FOR THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Denise Crowe :
:
VS. : C.A. NO.: 05-098T
:
Robert C. Marchand, MD; :
South County Orthopedics:
& Physical Therapy, Inc.:

DEPOSITION OF DENISE ELAINE CROWE, the Plaintiff in the above-entitled cause, taken on behalf of the Defendant, South County Orthopedics & Physical Therapy, Inc., before Elizabeth Greeley, Notary Public, in and for the State of Rhode Island, at the offices of Gidley, Sarli and Marusak, One Turks Head Building, Providence, Rhode Island, on December 16, 2005 at 1:00 P.M.

PRESENT:

FOR THE PLAINTIFF....THE LAW FIRM OF THOMAS TARRO, III
BY: THOMAS TARRO, III, ESQUIRE
FOR THE DEFENDANT....GIDLEY, SARLI & MARUSAK
(SOUTH COUNTY) BY: DENNIS GRIECO, ESQUIRE

FOR THE DEFENDANT....ROBERTS, CARROLL, FELDSTEIN & PEIRCE
(MARCHAND)
BY: KRISTIN PETTEY, ESQUIRE

ALLIED COURT REPORTERS
115 PHENIX AVENUE
CRANSTON, RI 02920

EXHIBIT
A

Neighborhood Health and get you approved before you could start up again, right?
A. Yes.
Q. At some point you got a call from Rhode Island Hospital occupational therapy saying you've been approved, and then you asked to be rescheduled; is that right?
A. Yes.
Q. Do you remember how long it was after that call that you had your next appointment?
A. No, I do not.
Q. So you don't know whether it was two days, two weeks, two months?
A. I really honestly, no, I don't know how long it was.
MR. GRIECO: Off the record.
(BRIEF RECESS)
(QUESTION AND ANSWER READ BACK)
Q. Do you remember that once, after November 6 when you got the new prescription for more hand therapy that you were authorized for therapy through the end of February of 2004?
A. I don't remember how long it was authorized for, but I know it got reapproved.
Q. Now, ultimately when you went back you saw Lynn



Benevides again, right?
THE WITNESS: When I went back?
MR. GRIECO: For more therapy.
A. Yes, and another individual.
Q. During that first batch of therapy, before you had to get the new prescription on October 6, you saw improvement in your wrist, right?
A. Yes.
Q. Your range of motion in your wrist, hand and fingers improved to a degree, right?
A. Yes.
Q. Your pain was virtually non-existent by the end of that first therapy session?
A. My pain has never been non-existent, but yes, it was dramatically decreased, yes.
Q. So was the swelling, right?
A. Yes.
Q. When you went back for more therapy after getting the new prescription for therapy, your wrist and hand was actually a little bit worse than when you ended the first session, right?
A. I don't know.
Q. One way or the other?
A. Yes, I don't know.
Q. All right. The records we have indicate you



started, remember on October 16 when you get the new prescription for more therapy, right?
A. Okay.
Q. That you started more therapy up again on December 29, a little less than two months later; is that consistent with your recollection?
A. It might be. I know my therapist was sick. There were times when she was sick and whatever they call them, receptionist called and cancelled because she was sick.
Q. Those were instances where you had a scheduled appointment, you were anticipating to go and you got called and told that the therapist was sick, right?
A. Yes, yes.
Q. So that doesn't explain the gap in time between when you got approved for more therapy and you went back for that first therapy visit, does it?
A. I don't know what the gap of time was.
Q. Okay. The records we have show that you went back for more therapy starting on December 29 and then there is a note on January 15, a couple of weeks later, that says you cancelled the appointment. Do you recall that and why you did so?
A. I was sick.
Q. What were you sick with?



A. What was I sick with, I had a sinus infection.
Q. Did you get any treatment with anybody for that sinus infection?
A. I don't know. I may have taken over-the-counter stuff.
Q. Then the records we have indicate on, you had some therapy sessions on January 19, 23 and 26 and then on the 30th you cancelled again. Do you know why you cancelled then?
A. Yes, I do.
Q. Why?
A. Because my children had head lice.
Q. That stands out in your mind, I would imagine?
A. It was awful.
Q. How long did it take to get rid of that?
A. A long time. All three of the girls got it.
Q. How long does that take to get rid of, days, weeks, months?
A. It took months.
Q. Were your children out of school that entire period of time?
A. Not entire, no. I treated them the entire period of time.
Q. How long before they were able to go back to

school?

A. Oh, my gosh. I don't remember the exact time. It was, they were out for awhile. Then after I started the treatment, but we had a terrible time because all three had it.

Q. Do you remember if they were out for more than a week, out of school for more than a week?

A. Oh, my gosh, I don't know.

Q. Could be, could not be?

A. Yes.

Q. Then from the records we have, you never went back to therapy at Rhode Island Hospital after your last session of January 26; is that consistent with your recollection?

A. That is probably correct.

Q. Why did you never go back?

A. Why did I never go back, prior to her getting that reapproved for Neighborhood Health for me to have more sessions, at that point in time she didn't know whether we would be able to get it approved or not because I hadn't been in such a long extended time. When that happened at that point in time, she told me then to just, if you do not get rescheduled and reapproved or whatever it was, the process was, that basically she had done all she could do for me and I



was just supposed to continue on with what my program was.

Q. Who's this she you're referring to, Lynn Benevides?

A. Lynn, yes.

Q. I want to make sure I understand the time frames. The first time when Neighborhood Health said you need a new doctor's order to get more therapy, that was at the end of October, beginning of November of 2003, right?

A. Okay, after the surgery, they approved it. Well, they approved it for it to happen after the surgery. Then, I think, it had to get approved and this is the time you're talking about. To my knowledge, it only got reapproved one time.

Q. At that point in time when you're seeking that reapproval after the first gap of it, that's when Lynn told you that if you didn't get reapproved you should just keep doing the exercises on your own; is that right?

A. Yes.

Q. What else did she tell you about if you didn't get reapproved?

A. To continue on with the exercises and using it on a functional basis.



Q. But you did get reapproved, right?

A. Yes, I did.

Q. You did go back, right?

A. Yes, I did.

Q. The therapy continued to help improve your wrist, right?

A. The therapy comforted my wrist, yes.

Q. Made it better, didn't it?

A. And she taught me skills while I was there to do, yes.

Q. That all made your wrist better to some degree, right?

A. Yes.

Q. Then you stopped going after January 26, even though you had more sessions scheduled and approved. Why?

A. I told you why.

Q. The head lice?

A. Yes. I spent so much money on trying to treat the kids with the head lice, I could not afford to drive to Providence. I just continued to do my treatments in my course, whatever it was I was supposed to do and use it on a functional basis.

Q. Because you spent so much money on the head lice treatment for your children you could not afford the



gas to go to Providence?

A. Yes, and we talked about it and I just could not do it.

Q. Who's we?

A. Me and my children.

Q. How much does the head lice treatment cost, if you don't mind me asking?

A. Hundreds of dollars I tried, I spent on trying to get the head lice out of my house.

Q. Were your children treated by a doctor with respect to this head lice, or did you treat it on your own?

A. I treated it on my own.

Q. What did you do treat it?

A. The treatment itself is very expensive.

Q. What is it?

A. For one small container about this big is over $40.

Q. It is a shampoo, medicine?

A. Shampoo, medicine treatment.

Q. What is the name of that treatment?

A. Rid, or any, I don't know what it was exactly called.

Q. Where did you buy it?

A. Sometimes I bought it at Stop and Shop.