RECEIVED

FEB 07 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE CROWE, )
Plaintiff )
VS. )
)
ROBERT C.MARCHAND, M.D. )
SOUTH COUNTY ORTHOPEDIC )
& PHYSICAL THERAPY, INC. )
Defendants )

C.A NO.: 05-098 T

**ORDER**

This matter came on for hearing before the Court, Magistrate Judge David Martin presiding, on January 25, 2006 on Defendant, South County Orthopedics and Physical Therapy, Inc.'s Motion to Compel the Plaintiff to Provide Further Responses to Request for Production. After hearing thereon, it is hereby:

**ORDERED**

1. With respect to Request No. 1, Defendant's Motion is granted. Plaintiff shall provide Defendant with a privilege log in accordance with Fed. R. Civ. P. 26 (b) (5) with respect to those documents being withheld, based on some privilege. Plaintiff shall produce all other non-privileged documents responsive to this request that have not already been produced.
2. With respect to Request No. 2, Defendant's Motion is granted and Plaintiff's Objections are stricken. Plaintiff shall produce all records or documents responsive to this request. However, if Plaintiff identifies a record or document responsive to this request that she believes to be irrelevant and of a sensitive nature, she can submit that document to the Court with notice to the Defendants for an *in camera* review.

3. With respect to Request No. 3, Defendant's Motion is granted. Plaintiff shall provide Defendant with a privilege log in accordance with Fed. R. Civ. P. 26 (b) (5) with respect to those documents being withheld, based on some privilege. Plaintiff shall produce all other non-privileged documents responsive to this request that have not already been produced.

4. With respect to Request No. 5, Defendant's Motion is granted and Plaintiff's Objections are stricken.

5. With respect to Request No. 7, Defendant's Motion is granted and Plaintiff's Objections are stricken. By agreement of the parties, Plaintiff may supplement her response to this request by stating that she has given no statements responsive to this request.

6. With respect to Request No. 8, Defendant's Motion is granted and Plaintiff's Objections are stricken. By agreement of the parties, Plaintiff may supplement her response to this request by incorporating by reference the documents identified in her written argument in objection to Defendant's Motion to Compel a Further Response to this request.

7. With respect to Request No. 9, Defendant's Motion is granted and Plaintiff's Objections are stricken. Plaintiff shall supplement her response to this request by affirmatively stating that she is not seeking to recover for any amounts she has paid or contributed to secure the right to any benefits identified in Request No. 8.

8. With respect to Request Nos. 10 & 11, Defendant's Motion is granted and Plaintiff's Objections are stricken. Plaintiff shall produce all documents responsive to these requests that she intends to utilize at trial by the deadline set forth below. If Plaintiff

cannot produce those documents by that deadline, she may apply to the Court for an extension of that deadline which request will be decided after hearing from all parties.

9. With respect to Request No. 12, Defendant's Motion is granted and Plaintiff's Objections shall be stricken. If in the future, the Plaintiff has any document responsive to Request No. 12 in her possession, custody or control that she contends is privileged from discovery, she shall supplement her response to that request by asserting that privilege and identifying the withheld document pursuant to Fed. R. Civ. 26 (b)(5).

10. With respect to Request No. 13, Defendant's Motion is granted and Plaintiff's Objections are stricken to the extent that the request seeks documents created by someone other than Plaintiff's counsel. Plaintiff shall produce a privilege log as required by Fed. R. Civ. P. 26 (b) (5) or produce all non-privileged documents responsive to this request.

Plaintiff shall provide Further Responses to Request for Production of Documents of this Order by February 15, 2006.

ENTER: By Order,

David L Martin [signature]

Magistrate Judge David Martin 2/13/06

[signature]

Clerk

Presented By:

[signature]

Dennis T. Grieco II, #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
Tel: (401) 274-6644/Fax: (401) 331-9304
DTG@GSM-law.com