RECEIVED

FEB 07 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE CROWE, )
Plaintiff )
VS. )
) C.A NO.: 05-098 T
ROBERT C.MARCHAND, M.D. )
SOUTH COUNTY ORTHOPEDIC )
& PHYSICAL THERAPY, INC. )
Defendants )

**ORDER**

This matter came on for hearing before the Court, Magistrate Judge David Martin presiding, on January 25, 2006 on Defendant, South County Orthopedics and Physical Therapy, Inc.'s Motion to Compel the Plaintiff to Provide More Responsive Answers to Interrogatories. After hearing thereon, it is hereby:

**ORDERED**

1. With respect to Interrogatory No. 5., Defendant's Motion is granted and Plaintiff's Objections are stricken. Plaintiff may supplement her Answer to this Interrogatory by incorporating by reference the medical Exhibit A identified in her written argument in her Objection to the Motion to Compel a More Responsive Answer to Interrogatory No. 5.
2. With respect to Interrogatory No. 7, Defendant's Motion is granted and Plaintiff's Objections are stricken. Plaintiff may supplement her answer to this Interrogatory by incorporating by reference the documents identified in her written argument in Objection to the Motion to Compel a More Responsive Answer to this Interrogatory.
3. With respect to Interrogatory No. 9, Defendant's Motion is granted. Plaintiff shall supplement her answer to this Interrogatory by identifying any agents, servants or

employees of South County Orthopedics, other than Dr. Robert Marchand, whose actions she claims were negligent and form the basis of her claims and then answer this Interrogatory fully with respect to any such agents, servants or employees of South County Orthopedics. If Plaintiff presently has no evidence to support claims of negligence concerning any agents, servants, or employees of South County Orthopedics other than Dr. Robert Marchand, she shall so state but may thereafter supplement her answer to this Interrogatory if the depositions of Dr. Robert Marchand or Lori Lind produce such evidence.

4. With respect to Interrogatories 10 and 11, Defendant's Motion is granted and Plaintiff's Objections are stricken. Plaintiff shall identify who told her that her loss of mobility in her wrist is permanent in nature.

5. With respect to Interrogatories 12 and 13, Defendant's Motion may pass.

6. With respect to Interrogatory No. 14, Defendant's Motion is granted and Plaintiff's Objections are stricken. Plaintiff shall supplement her answer to this Interrogatory by identifying any agents, servants or employees of South County Orthopedics, other than Dr. Robert Marchand, whose actions she claims were negligent and form the basis of her claims and then answer this Interrogatory fully with respect to any such agents, servants or employees of South County Orthopedics. If Plaintiff presently has no evidence to support claims of negligence concerning any agents, servants, or employees of South County Orthopedics other than Dr. Robert Marchand, she shall so state but may thereafter supplement her answer to this Interrogatory if the depositions of Dr. Robert Marchand or Lori Lind produce such evidence. Plaintiff may supplement her response to this Interrogatory by incorporating by reference her Expert Disclosures.

7. With respect to Interrogatory No. 19, Defendant's Motion is granted and Plaintiff's Objections are stricken. Plaintiff shall supplement her answer to this Interrogatory by identifying any agents, servants or employees of South County Orthopedics, other than Dr. Robert Marchand, whose actions she claims were negligent and form the basis of her claims and then answer this Interrogatory fully with respect to any such agents, servants or employees of South County Orthopedics. If Plaintiff presently has no evidence to support claims of negligence concerning any agents, servants, or employees of South County Orthopedics other than Dr. Robert Marchand, she shall so state but may thereafter supplement her answer to this Interrogatory if the depositions of Dr. Robert Marchand or Lori Lind produce such evidence. Plaintiff may supplement her response to this Interrogatory by incorporating by reference her Expert Disclosures.
8. With respect to Interrogatory No. 24, Defendant's Motion is denied.
9. With respect to Interrogatory No. 25, Defendant's Motion is granted and Plaintiff's Objections are stricken. Plaintiff shall supplement her answer to this Interrogatory by identifying any agents, servants or employees of South County Orthopedics, other than Dr. Robert Marchand, whose actions she claims were negligent and form the basis of her claims and then answer this Interrogatory fully with respect to any such agents, servants or employees of South County Orthopedics. If Plaintiff presently has no evidence to support claims of negligence concerning any agents, servants, or employees of South County Orthopedics other than Dr. Robert Marchand, she shall so state but may thereafter supplement her answer to this Interrogatory if the depositions of Dr. Robert Marchand or Lori Lind produce such evidence. Plaintiff may supplement her response to this Interrogatory by incorporating by reference her Expert Disclosures.

Plaintiff shall provide the More Responsive Answers to Interrogatories required by this Order by February 15, 2006.

ENTER: By Order,

Magistrate Judge David Martin 2/13/06 Clerk

Presented By:

Dennis T. Grieco II, #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
Tel: (401) 274-6644/Fax: (401) 331-9304
DTG@GSM-law.com