UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENISE CROWE, Plaintiff, | : | |
| v. | : | CA 05-098 T |
| ROBERT C. MARCHAND, M.D.; SOUTH COUNTY ORTHOPEDIC & PHYSICAL THERAPY, INC., Defendants. | : | |

**ORDER**
**GRANTING IN PART AND DENYING IN PART**
**PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

Before the court is Plaintiff's Motion for Protective Order and to Quash Subpoenas for Medical and Educational Records (Document ("Doc.") #49) ("Motion for Protective Order" or "Motion"). A hearing on the Motion was held on February 15, 2006. For the reasons stated at that hearing, the Motion for Protective Order is granted to the extent that the subpoenas which have been issued are quashed and Defendants are directed to issue new subpoenas which seek records limited to the 2003-2004 school year and further limited to: 1) records of attendance for each of Plaintiff's children during that school year, showing dates of attendance, absences, and the reason(s) for any absences[1] and 2) any and all records, correspondence, or documents reflecting that any of Plaintiff's children suffered from head lice during the 2003-2004 school year. In all other respects, the Motion for Protective Order is denied.

---

[1] In order to minimize the burden on the school department, this part of the subpoenas may be satisfied by the production of one complete record of attendance for each child. The school department is not required to provide more than one record of attendance for each child.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
February 15, 2006

BY ORDER:

Deputy Clerk