UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE CROWE :

VS. : C.A. No. 05-098T

ROBERT C. MARCHAND, MD; :
SOUTH COUNTY ORTHOPEDIC & :
PHYSICAL THERAPY, INC. :

**PLAINTIFF'S MOTION TO EXTEND TIME TO COMPLY WITH PRIOR DISCOVERY ORDER CONCERNING DEFENDANT, SOUTH COUNTY ORTHOPEDIC & PHYSICAL THERAPY, INC.'S MOTION TO COMPEL THE PLAINTIFF TO PROVIDE FURTHER RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS**

Now comes your Plaintiff, in the above-entitled matter, and seeks an extension of time to comply with Paragraph 8 of this Court's Order regarding the hearing on January 25, 2006 on the Defendant, South County Orthopedic & Physical Therapy, Inc.'s, Motion to Compel the Plaintiff to Provide the Plaintiff Further Responses to Request for Production. In support of its Motion, Plaintiff relies on the attached Memorandum which is filed contemporaneously herewith.

WHEREFORE, Plaintiff seeks an extension of time up to and including March 1, 2006 to comply with Paragraph 8 of the Court's Order.

Plaintiff,
By and Through Her Attorney,

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a copy of the foregoing ***Motion*** on the 14th day of February , 2006, to:

Dennis T. Grieco, Esq.
GIDLEY, SARLI & MARUSAK, LLP.
One Turks Head Place, Suite 900
Providence, RI 02903

David Carroll, Esq.
ROBERTS CARROLL FELDSEIN & PEIRCE
10 Weybosset Street
Providence, RI 02903

[signature]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENISE CROWE | : | |
| VS. | : | C.A. No. 05-098T |
| ROBERT C. MARCHAND, MD;<br>SOUTH COUNTY ORTHOPEDIC &<br>PHYSICAL THERAPY, INC. | :<br>:<br>: | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME TO COMPLY WITH PRIOR DISCOVERY ORDER CONCERNING DEFENDANT, SOUTH COUNTY ORTHOPEDIC & PHYSICAL THERAPY, INC.'S MOTION TO COMPEL THE PLAINTIFF TO PROVIDE FURTHER RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS**

Now comes your Plaintiff, in the above-entitled matter, and seeks an extension of time to comply with Paragraph 8 of this Court's Order regarding the hearing on January 25, 2006 on the Defendant, South County Orthopedic & Physical Therapy, Inc.'s, Motion to Compel the Plaintiff to Provide the Plaintiff Further Responses to Request for Production.

**ARGUMENT**

On January 25, 2006, this Court heard the Defendant, South County Orthopedic & Physical Therapy, Inc.'s, Motion to Compel the Plaintiff to Provide Further Responses to Request for Production, among other Motions.

After hearing thereon, the Court entered an Order granting in part and denying in part the Defendant's Motion.

Specific to the instant Motion, this Court granted the Defendant's Motion as to Requests Nos. 10 and 11, which sought all writings or other documents that the Plaintiff sought to rely on to establish or reflect the standard of medical care

she claimed the Defendants failed to observe or follow correctly in their treatment or contact with the Plaintiff, as well as any and all literature or learned treatises the Plaintiff intended to use or rely upon at trial. The Court's ruling on Request Nos. 10 and 11 is set forth in Paragraph 8 of the Order.

As part of its Order, the Court ordered that the Plaintiff should provide further responsive documents to the Request for Production, including Requests Nos. 10 and 11 on or by February 15, 2006. However, the Court further ruled that if Plaintiff could not produce documents response to the Request by the deadline of February 15, 2006, she could apply to the Court for an extension of the deadline, which request would be decided after hearing from all parties.

Plaintiff's counsel has requested the documentation responsive to Request No. 10 and 11 from its expert medical witness, Dr. Rozmaryn, who is located in Orthopedic Center, P.A., 9711 Medical Center Drive, Suite 201, Rockville, MD 20850. Plaintiff's counsel has not yet received the responsive information from Dr. Rozmaryn and seeks an extension of time up to and including March 1, 2006 to comply with this Court's Order.

In making this request, Plaintiff submits to the Court that no prejudice will come to any of the parties if the instant request for extension of time to respond to said document requests is granted, where the Court has extended the date for discovery closure in this matter up to and including March 17, 2006 pursuant to its Order dated January 25, 2006. Plaintiff submits that the need for the extension of time is due to no fault or delay on the part of the Plaintiff or her counsel in

requesting the information, but rather, is due to the nature of the busy medical practice of Dr. Rozmaryn, such that he has been unable to provide responsive documents in response to Plaintiff's counsel's request within the time previously set forth by the Court.

WHEREFORE, based on the foregoing, Plaintiff seeks an extension of time to respond to Paragraph 8 of this Court's Order granting Requests Nos. 10 and 11 of the Defendant, South County Orthopedic & Physical Therapy, Inc.'s, Request for Production of Documents up to and including March 1, 2006.

Plaintiff,
By and Through Her Attorney,

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a copy of the foregoing ***Memorandum*** on the 14th day of February, 2006, to:

Dennis T. Grieco, Esq.
GIDLEY, SARLI & MARUSAK, LLP.
One Turks Head Place, Suite 900
Providence, RI 02903

David Carroll, Esq.
ROBERTS CARROLL FELDSEIN & PEIRCE
10 Weybosset Street
Providence, RI 02903