UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
FEB 21 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

FILED
FEB 15 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

DENISE CROWE

VS. : C.A. No. 05-098T

ROBERT C. MARCHAND, MD, :
SOUTH COUNTY ORTHOPEDIC & :
PHYSICAL THERAPY, INC. :

**PLAINTIFF'S MOTION TO EXTEND TIME TO COMPLY WITH PRIOR DISCOVERY ORDER CONCERNING DEFENDANT, SOUTH COUNTY ORTHOPEDIC & PHYSICAL THERAPY, INC.'S MOTION TO COMPEL THE PLAINTIFF TO PROVIDE FURTHER RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS**

Now comes your Plaintiff, in the above-entitled matter, and seeks an extension of time to comply with Paragraph 8 of this Court's Order regarding the hearing on January 25, 2006 on the Defendant, South County Orthopedic & Physical Therapy, Inc.'s, Motion to Compel the Plaintiff to Provide the Plaintiff Further Responses to Request for Production. In support of its Motion, Plaintiff relies on the attached Memorandum which is filed contemporaneously herewith.

WHEREFORE, Plaintiff seeks an extension of time up to and including March 1, 2006 to comply with Paragraph 8 of the Court's Order.

Plaintiff,
By and Through Her Attorney,

Thomas A. Tarro, III

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

Referred to U.S.M.J. ______
☐ for findings & recommendation
☐ for determination
☐ ______
Ernest C. Torres, Chief Judge
Date ______

Granted
David L. Martin
USMJ 2-24-06