UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENISE CROWE,<br>Plaintiff<br>VS.<br><br>ROBERT C.MARCHAND, M.D.<br>SOUTH COUNTY ORTHOPEDICS<br>& PHYSICAL THERAPY, INC.<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A NO.: 05-098T |

**RE-NOTICE TO TAKE DEPOSITION**

DEPONENT: **Keeper of Records**
**Narragansett High School**
**245 South Pier Road**
**Narragansett, RI 02882**

DATE: **March 7, 2006**

TIME: **2:00 P.M.**

PLEASE TAKE NOTICE that pursuant to Rhode Island Civil Procedure 30, the defendant in the above-captioned matter will take the deposition of the above-named individual on oral examination, which examination will continue from day to day until completed, the same to commence on the date and time above stated at the offices of **GIDLEY, SARLI & MARUSAK, LLP, One Turks Head Place, Suite 900, Providence, Rhode Island** before a Notary Public commissioned in the State of Rhode Island.

Please take further notice that a subpoena will issue to said deponent in the form attached hereto and pursuant to Rhode Island General Laws 5-37.3-6.1.

******Please note that this deposition notice supercedes the notice issued for January 31, 2006***

South County Orthopedics & Physical Therapy,
By its attorneys,

Dennis T. Grieco II #5037
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
Tel: (401) 274-6644 (401) 331-9304 (fax)

**CERTIFICATE OF SERVICE**

Thomas A. Tarro, III, Esq.
300 Centerville Road, Suite 330
Warwick, RI 02886

David Carroll, Esq.
Roberts Carroll Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903

I hereby certify that on the 24th day of February 2006, I forwarded a copy of the foregoing to the above-reference counsel of record via first-class mail, postage prepaid.

cc: Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

AO 88 (11/91) Subpoena in a Civil Case

# United States District Court

FOR DISTRICT OF RHODE ISLAND

DENISE CROWE

V.

ROBERT C. MARCHAND, M.D. and
SOUTH COUNTY ORTHOPEDICS &
PHYSICAL THERAPY, INC.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: 05-098T

TO: Keeper of Records
Narragansett High School
245 South Pier Road
Narragansett, RI 02882

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHED EXHIBIT A

| PLACE | DATE AND TIME |
| --- | --- |
| Gidley, Sarli & Marusak, LLP, One Turks Head Place, Suite 900, Providence, RI 02903 | March 7, 2006 @ 2:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| Dennis T. Grieco II, Esq. (#5057) Attorney for Defendant | 2/24/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Gidley, Sarli & Marusak, LLP (401) 274-6644
One Turks Head Place, Suite 900, Providence, RI 02903

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

**EXHIBIT A**

1) Records of attendance for Taylor Hennesey during the 2003-2004 school year, showing dates of attendance, absences, and the reasons for any absences. The school department is not required to provide more than one record of attendance for each child, rather, the school department may produce one complete record of attendance for each child.

2) Any and all records, correspondence, or documents reflecting that Taylor Hennesey suffered from head lice during the 2003-2004 school year.

**CERTIFICATION OF PLAINTIFF'S RIGHT TO CHALLENGE SUBPOENA**

Pursuant to R.I.G.L. 5-37.3-6.1, the party issuing this subpoena certifies that a copy of the subpoena has been served upon the plaintiff together with the notice of the plaintiff's right to challenge the subpoena, that the Plaintiff initiated a challenge, and that the Court ordered disclosure of documents sought in the subpoena as per the attached Order.

F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENISE CROWE, Plaintiff, | : | |
| v. | : | CA 05-098 T |
| ROBERT C. MARCHAND, M.D.; SOUTH COUNTY ORTHOPEDIC & PHYSICAL THERAPY, INC., Defendants. | : | |

**ORDER**
**GRANTING IN PART AND DENYING IN PART**
**PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

Before the court is Plaintiff's Motion for Protective Order and to Quash Subpoenas for Medical and Educational Records (Document ("Doc.") #49) ("Motion for Protective Order" or "Motion"). A hearing on the Motion was held on February 15, 2006. For the reasons stated at that hearing, the Motion for Protective Order is granted to the extent that the subpoenas which have been issued are quashed and Defendants are directed to issue new subpoenas which seek records limited to the 2003-2004 school year and further limited to: 1) records of attendance for each of Plaintiff's children during that school year, showing dates of attendance, absences, and the reason(s) for any absences[1] and 2) any and all records, correspondence, or documents reflecting that any of Plaintiff's children suffered from head lice during the 2003-2004 school year. In all other respects, the Motion for Protective Order is denied.

---

[1] In order to minimize the burden on the school department, this part of the subpoenas may be satisfied by the production of one complete record of attendance for each child. The school department is not required to provide more than one record of attendance for each child.

So ordered.

ENTER:

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
February 15, 2006

BY ORDER:

Deputy Clerk

# *Facsimile Cover Page*

***US District Court***
***District of Rhode Island***
***One Exchange Terrace***
***Federal Building & Courthouse***
***Providence, RI 02903***

## To:

Organization Name: DENNIS GRIECO

Fax Number: 3319304

Phone Number:

## From:

Sender: Martha Saucier

Phone Number: 752-7218

Fax Number: 752-7265

***Note:*** ***You may send a Fax directly to your party by dialing:***
***752-7255#and then the last four digits of your party's phone number##***
***Example: 752-7255#7237##***
***Please remember the pound (#) symbols are important in routing the fax properly.***

**Total Number Pages including cover:** 3

## Message: