FILED
FEB 21 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE CROWE, )
Plaintiff )
VS. )
)
ROBERT C.MARCHAND, M.D. )
SOUTH COUNTY ORTHOPEDIC )
& PHYSICAL THERAPY, INC. )
Defendants )

C.A NO.: 05-098 T

**DEFENDANT, SOUTH COUNTY ORTHOPEDICS & PHYSICAL THERAPY, INC.'S MOTION FOR LEAVE TO AMEND ANSWER**

The Defendant, South County Orthopedics & Physical Therapy, Inc. hereby moves for leave to amend its Answer to the Plaintiff's Complaint in the form attached to the motion as **Exhibit A**. In support hereof, the Defendant relies upon its memorandum of law, filed herewith.

WHEREFORE, the Defendant respectfully requests that this Court grant its motion.

GRANTED IN THE ABSENCE OF OBJECTION
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
3/14/2006

South County Orthopedics & Physical Therapy,
By its attorney

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
331-9304 (FAX)

**CERTIFICATION**

Thomas A. Tarro, III, Esq.
300 Centerville Road
Suite 330
Warwick, RI 02886

David Carroll, Esq.
Roberts Carroll Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903

I hereby certify that on the 21st day of February 2006, I forwarded a copy of the foregoing to the above-reference counsel of record.

Karen Ciccone