DWC:KBP/35-182
284006/12/29/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE CROWE

VS. C.A. No: 05-098 T

ROBERT C. MARCHAND, M.D.
SOUTH COUNTY ORTHOPEDICS
& PHYSICAL THERAPY, INC.

**DEFENDANT ROBERT C. MARCHAND, M.D.'S THIRD SUPPLEMENTAL ANSWERS TO INTERROGATORIES OF PLAINTIFF, DENISE CROWE**

**INTERROGATORY NO. 18:**

**Do you contend that a person, other than yourself, was responsible for the injuries sustained by the Plaintiff? If so, for each such person, state:**

**a. His/her name, address and job title or capacity; and**

**b. The facts on which you base your contention that he/she was responsible for Plaintiffs injuries.**

**OBJECTION TO INTERROGATORY NO. 18:**

Objection is made to this interrogatory inasmuch as the thrust of same is to make this Defendant an expert for the Plaintiff. This Defendant declines to be an expert for the Plaintiff and, based on the law of the State of Rhode Island, need not be such expert. In any event, I was not responsible for any injury to the Plaintiff.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NUMBER 18 IN ACCORDANCE WITH HEARING ON DECEMBER 16, 2006:**

As previously stated, I was not responsible for any injury to the patient. I make no

such contention.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NUMBER 18:**

Plaintiff, herself, has contributed to the extent of her injuries due to her not continuing with her occupational therapy, thereby worsening her condition.

______________________________
Robert Marchand, M.D.

Subscribed and sworn to before me this ____ day of March, 2006.

______________________________
Notary Public

Signed pursuant to Rule 26(f)

________________________________________
David W. Carroll (#0561)
ROBERTS, CARROLL, FELDSTEIN & PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000

**CERTIFICATION**

I hereby certify that I caused a copy of the within to be delivered to the following attorneys of record on the _____ day of _____________, 2006.

Thomas A. Tarro, III, Esq.
LAW FIRM OF THOMAS A. TARRO, III
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886

Dennis T. Grieco, Esq.
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

_______________________________