UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENISE CROWE | : | |
| VS. | : | C.A. No. 05-098T |
| ROBERT C. MARCHAND, MD;<br>SOUTH COUNTY ORTHOPEDIC &<br>PHYSICAL THERAPY, INC. | :<br>:<br>: | |

**MOTION TO STRIKE OBJECTION AND COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORIES**

Now comes your Plaintiff, Denise Crowe, pursuant to Rule 37 of the Federal Rules of Civil Procedure and seeks an Order of this Court compelling the Defendant, Robert C. Marchand, M.D., to provide more responsive answers to the following interrogatories:

**INTERROGATORY NO. 24:** State all facts to support this Defendant's First Affirmative Defense that this Defendant pleads the defense of the assumption of the risk.

**ANSWER**: Objection is made to this interrogatory inasmuch as the Affirmative Defense indicates "if applicable," the defense of assumption of the risk is pleaded. It has not yet been determined whether there are sufficient facts to support this defense.

**ARGUMENT**: Plaintiff seeks an Order of the Court striking the objection and compelling the Defendant to provide an answer to the interrogatory on the grounds that the interrogatory is proper and within the scope of permissible discovery. Along these lines, Plaintiff seeks to learn all facts which the Defendant

Marchand relies upon in his First Affirmative Defense that the Plaintiff assumed the risk of her injuries. In support of its Motion, Plaintiff states that discovery closes in this matter on March 17, 2006. Accordingly, the Defendant has had ample time to determine whether there are facts sufficient to support the defense. As such, the Defendant should be compelled to provide a full and complete answer to the interrogatory at this time. Based on the foregoing, Plaintiff seeks an order of the Court striking the Objection and compelling the Defendant to provide a full and complete answer to the interrogatory at this time.

**INTERROGATORY NO. 25:** Please state all facts to support this Defendant's Second Affirmative Defense, that this Defendant pleads the defense of contributory and comparative negligence.

**ANSWER**: Objection is made to this interrogatory inasmuch as the defense, as claimed, indicates that "if applicable," there will be reliance on same. It has not yet been determined whether there are sufficient facts to support this defense.

**ARGUMENT**: Plaintiff seeks an Order of the Court striking the objection and compelling the Defendant to provide an answer to the interrogatory on the grounds that the interrogatory is proper and within the scope of permissible discovery. Along these lines, Plaintiff seeks to learn all facts which the Defendant Marchand relies upon in his Second Affirmative Defense of contributory and/or comparative negligence. In support of its Motion, Plaintiff states that discovery closes in this matter on March 17, 2006. Accordingly, the Defendant has had

ample time to determine whether there are sufficient facts to support the defense. As such, the Defendant should be compelled to provide a full and complete answer to the interrogatory at this time. Based on the foregoing, Plaintiff seeks an order of the Court striking the Objection and compelling the Defendant to provide a full and complete answer to the interrogatory at this time.

## GOOD FAITH CERTIFICATION

The undersigned certifies that she has made a good faith attempt to confer with opposing counsel concerning the matters contained herein so as to avoid the necessity of Court intervention, without success.

Plaintiff,
By and Through Her Attorney,

Kris Macaruso Marotti, #4605
THE LAW FIRM OF THOMAS A.TARRO, III, ESQ.
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

## CERTIFICATION

I, the undersigned, hereby certify that I have served a copy of the foregoing ***Motion to Compel*** on the 17th day of March 2006, to:

David Carroll, Esq.
ROBERTS CARROLL FELDSTEIN & PEIRCE
Ten Weybosset Street
Providence, RI 02903

Dennis T. Grieco, II
GIDLEY, SARLI & MARUSAK, LLP
One Turks Heald Place, Suite 900
Providence, RI 02903