UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENISE CROWE,<br>Plaintiff<br>VS.<br><br>ROBERT C.MARCHAND, M.D.<br>SOUTH COUNTY ORTHOPEDIC<br>& PHYSICAL THERAPY, INC.<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A NO.: 05-098T |

**SOUTH COUNTY ORTHOPEDICS & PHYSICAL THERAPY, INC.'S AMENDED ANSWER TO COMPLAIINT**

South County Orthopedics & Physical Therapy, Inc. hereby responds to the Plaintiff's Complaint as follows:

1. This Defendant is without sufficient knowledge or information to admit or deny the allegations contained in this paragraph and accordingly, leaves Plaintiff to her proof.

2. Admitted.

3. This Defendant admits the allegations contained in this paragraph, except that it points out its name is South County Orthopedics & Physical Therapy, Inc.

**JURISDICTION AND VENUE**

4. This Defendant is without sufficient knowledge or information to admit or deny the allegations contained in this paragraph and accordingly, leaves Plaintiff to her proof.

5. This Defendant is without sufficient knowledge or information to admit or deny the allegations contained in this paragraph and accordingly, leaves Plaintiff to her proof.

**COUNT I**
**NEGLIGENCE- ROBERT C. MARCHAND, M.D.**

6. Admitted.

7. This paragraph sets forth a statement of law, rather than an allegation of fact, to which no response is required. Nevertheless, this Defendant denies that this paragraph accurately describes the duty owed by Robert C. Marchand, M.D. to the Plaintiff.

8. Denied.

9. This Defendant is without sufficient knowledge or information to admit or deny the allegations contained in this paragraph and accordingly, leaves Plaintiff to her proof.

10. Denied.

**COUNT II**
**NEGLIGENCE-SOUTH COUNTY ORTHOPEDICS & PHYSICAL THERAPY, INC.**

11. This Defendant incorporates by reference its responses to paragraphs 1-10 of the Complaint as if set forth here in full.

12. This Defendant admits that by and through its employees it provided medical care and treatment to the Plaintiff from October 21, 2002 through April, 2003.

13. This paragraph sets forth a statement of law, rather than an allegation of fact to which no response is required. Nevertheless, this Defendant denies that this paragraph accurately describes the duty owed by this Defendant to the Plaintiff.

14. Denied.

15. This Defendant is without sufficient knowledge or information to admit or deny the allegations contained in this paragraph and accordingly, leaves Plaintiff to her proof.

16. Admitted.

17. Denied.

**FIRST AFFIRMATIVE DEFENSE**

This Defendant pleads the benefits of the so-called medical malpractice collateral source rule.

**SECOND AFFIRMATIVE DEFENSE**

To the extent during the course of this litigation, any parties against who claims are made by plaintiffs as a result of the incident in question are settled, this Defendant affirmatively pleads the benefits of set-off to the extent of the dollar amount paid or the percentage of negligence, whichever is greater.

**THIRD AFFIRMATIVE DEFENSE**

The Plaintiff's pending action in the Providence County Superior Court, Civil Action No. PC 05-0135, necessitates dismissal of this action, because it arises out of the same transaction or occurrence and involves the same parties and issues.

**FOURTH AFFIRMATIVE DEFENSE**

The Defendant pleads the defenses of contributory and/or comparative negligence.

**FIFTH AFFIRMATIVE DEFENSE**

The Defendant pleads the defense of doctrine of avoidable consequences/failure to mitigate damages.

WHEREFORE, Defendant, South County Orthopedics & Physical Therapy, Inc. respectfully demands that judgment be entered in its favor, dismissing all of the Plaintiff's claims against it and awarding it its costs and such further relief as this Court may deem appropriate.

This Defendant respectfully demands a trial by jury.

This Defendant designates Dennis T. Grieco II as his trial counsel.

South County Orthopedics &
Physical Therapy, Inc.
By its attorney,

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644; (401) 331-9304 (FAX)

**CERTIFICATE OF SERVICE**

Thomas A. Tarro, III, Esq.
300 Centerville Road, Suite 330
Warwick, RI 02886

David Carroll,Esq.
Roberts Carroll Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903

I hereby certify that on the 24th day of March, 2005, I forwarded a copy of the foregoing to the above-reference counsel of record via first-class mail, postage prepaid.