DWC:KBP/35-182
290323/3/27/065

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE CROWE

VS. C.A. No: 05-098 T

ROBERT C. MARCHAND, M.D.
SOUTH COUNTY ORTHOPEDICS
& PHYSICAL THERAPY, INC.

**DEFENDANT ROBERT C. MARCHAND, M.D.'S OBJECTION TO PLAINTIFF'S MOTION TO STRIKE OBJECTION AND COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORIES**

Now comes, Robert C. Marchand, M.D., Defendant in the above-entitled matter, and hereby objects to Plaintiff's motion to strike objection and compel more responsive answers to interrogatories.

Defendant relies on the memorandum of law attached hereto and filed herewith.

Robert C. Marchand, M.D.
By his attorney,

David W. Carroll #0561
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street
Providence, RI 02903
(401) 521-7000
Fax: (401) 521-1328

**CERTIFICATION**

I, the undersigned, hereby certify that on the 31st day of March, 2006, I mailed a true copy of the enclosed to the following:

Thomas A. Tarro, III, Esq.
300 Centerville Road
Suite 330
Warwick, RI 02886

Dennis T. Grieco II, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

Karen A. [illegible]

DWC:KBP/35-182
290666 /3/29/065

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE CROWE

VS. C.A. No: 05-098 T

ROBERT C. MARCHAND, M.D.
SOUTH COUNTY ORTHOPEDICS
& PHYSICAL THERAPY, INC.

**DEFENDANT ROBERT C. MARCHAND, M.D.'S MEMORANDUM OF LAW IN SUPPORT OF HIS OBJECTION TO PLAINTIFF'S MOTION TO STRIKE OBJECTION AND COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORIES**

## I. INTRODUCTION

Now comes, Robert C. Marchand, M.D. Defendant in the above-entitled matter, and hereby objects to Plaintiff's motion to strike objection and compel more responsive answers to interrogatories.

## II. FACTS

Plaintiff served interrogatories on Defendant, Robert C. Marchand, M.D. Said interrogatories were answered or objected to in a timely fashion. Discovery closed in this matter on March 17, 2006. On March 17, 2006, Plaintiff filed a motion to strke Defendant's objections to interrogatories numbers 24 and 25 and compel more responsive answers. Specifically, the interrogatories and objections thereto read as follows:

**INTERROGATORY NO. 24:**

**State all facts to support this Defendant's First Affirmative Defense that this Defendant pleads the defense of the assumption of the risk.**

**OBJECTION TO INTERROGATORY NO. 24:**

Objection is made to this interrogatory inasmuch as the Affirmative Defense indicates "if applicable." the defense of assumption of the risk is pleaded. It has not yet been determined whether there are sufficient facts to support this defense.

**INTERROGATORY NO. 25:**

**Please state all facts to support this Defendant's Second Affirmative Defense, that this Defendant pleads the defense of contributory and comparative negligence.**

**OBJECTION TO INTERROGATORY NO. 25:**

Objection is made to this interrogatory inasmuch as the defense, as claimed, indicates that "if applicable," there will be reliance on same. It has not yet been determined whether there are sufficient facts to support this defense.

## III. ARGUMENT

Pursuant to LR Cv 7(a):

> In addition, every motion except a motion to end time or motion to compel discovery shall contain a short plain description of the requested relief and shall be accompanied by a separate memorandum of law setting forth the reasons why the relied requested should be granted and any applicable points and authorities supporting the motion.

Plaintiff submitted a motion to strike objections and compel more responsive answers to interrogatories. Hence, although Plaintiff's request to compel does not require a separate memorandum of law, her request to strike objections does require same. Hence, Plaintiff's motion to strike objections should be denied due to her failure to comply with the requirements of the Local Rules.

## IV. CONCLUSION

In light of the foregoing, Defendant requests that Plaintiff's request to strike objections be denied and dismissed.

Robert C. Marchand, M.D.
By his attorney,

David W. Carroll #0561
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street
Providence, RI 02903
(401) 521-7000
Fax: (401) 521-1328

**CERTIFICATION**

I, the undersigned, hereby certify that on the 31st day of March, 2006, I mailed a true copy of the enclosed to the following:

Thomas A. Tarro, III, Esq.
300 Centerville Road
Suite 330
Warwick, RI 02886

Dennis T. Grieco II, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903