UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DENISE CROWE, )<br>Plaintiff )<br>VS. )<br>)<br>ROBERT C.MARCHAND, M.D. )<br>SOUTH COUNTY ORTHOPEDICS )<br>& PHYSICAL THERAPY, INC. )<br>Defendants ) | C.A NO.: 05-098T |

**NOTICE TO TAKE DEPOSITION**

DEPONENT: **Keeper of Records**
**Thundermist Health Center of South County**
**One River Street**
**Wakefield, RI 02879**

DATE: **May 10, 2006**

TIME: **2:00 P.M.**

PLEASE TAKE NOTICE that pursuant to Rhode Island Civil Procedure 30, the defendant in the above-captioned matter will take the deposition of the above-named individual on oral examination, which examination will continue from day to day until completed, the same to commence on the date and time above stated at the offices of **GIDLEY, SARLI & MARUSAK, LLP, One Turks Head Place, Suite 900, Providence, Rhode Island** before a Notary Public commissioned in the State of Rhode Island.

Please take further notice that a subpoena will issue to said deponent in the form attached hereto and pursuant to Rhode Island General Laws 5-37.3-6.1. Plaintiff is hereby notified that plaintiff has the right to challenge said subpoena within twenty (20) days of service of this notice.

South County Orthopedics & Physical Therapy,

By its attorneys,

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place
Suite 900
Providence, RI 02903
Tel: (401) 274-6644
(401) 331-9304 (fax)

**CERTIFICATE OF SERVICE**

Thomas A. Tarro, III, Esq.
300 Centerville Road, Suite 330
Warwick, RI 02886

David Carroll, Esq.
Roberts Carroll Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903

I hereby certify that on the 7th day of April 2006, I forwarded a copy of the foregoing to the above-reference counsel of record via first-class mail, postage prepaid.

cc: Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

**EXHIBIT A**

Any and all medical records, bills, hand-written notes, correspondence (including correspondence with attorneys) or other documents of whatever nature and kind, and of whatever date which you may have concerning **Casey Waters, DOB: 8/5/92; Sara Waters, DOB: 8/6/93 and Jaime Waters, DOB: 10/30/94**. This subpoena is intended to be all-encompassing and is **NOT** restricted to anyone accident or course of treatment.

**ALL RECORDS MAY BE SENT BY CERTIFIED MAIL PURSUANT TO R.I.G.L. 9-19-39. YOU MAY RESPOND BY MEDICAL AFFIDAVIT.**

**PLEASE ADVISE COSTS OF X-RAYS BEFORE MAILING.**

**CERTIFICATION OF PLAINTIFF'S RIGHT TO CHALLENGE SUBPOENA**

Pursuant to R.I.G.L. 5-37.3-6.1, the party issuing this subpoena certifies that a copy of the subpoena has been served upon the plaintiff together with the notice of the plaintiff's right to challenge the subpoena, 20 days have passed from the date of service of the subpoena upon the plaintiff, and that the plaintiff has not initiated a challenge to the subpoena within that 20-day period of time.

# United States District Court

FOR DISTRICT OF RHODE ISLAND

DENISE CROWE

V.

ROBERT C. MARCHAND, M.D. and SOUTH COUNTY ORTHOPEDICS & PHYSICAL THERAPY, INC.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 05-098T

TO: Keeper of Records, Thundermist Health Center of South County
One River Street
Wakefield, RI 02879

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHED EXHIBIT A

| PLACE | DATE AND TIME |
| --- | --- |
| Gidley, Sarli & Marusak, LLP, One Turks Head Place, Suite 900, Providence, RI 02903 | May 10, 2006 @ 2:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| #5057 Attorney for Defendant | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Dennis T. Grieco, II, Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900, Providence, RI 02903 (401) 274-6644

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)