THE LAW FIRM OF
THOMAS A. TARRO III, ESQ.
THE SUMMIT EAST — SUITE 330
300 CENTERVILLE ROAD
WARWICK, RHODE ISLAND 02886

RECEIVED APR 20 2006

THOMAS A. TARRO III
ttarro3rd@tarrolawfirm.com

ANTHONY S. BUGLIO
abuglio@tarrolawfirm.com

KRIS R. MACARUSO MAROTTI
kmarotti@tarrolawfirm.com

(401) 737-7200
FAX: (401) 732-3362

April 19, 2006

Dennis T. Grieco, II, Esq.
GIDLEY, SARLI & MARUSAK
One Turks Head Place, Suite 900
Providence, RI 02903

Re: Crowe v. Marchand, et al
C.A. No. 05-0135

Dear Dennis:

I have forwarded to Dr. Rozmaryn's office $1,200.00 to secure the time for his deposition, which is scheduled for May 2, 2006 at 5:30 p.m. at the Woodfin Suites Hotel, Rockville, Maryland

I spoke to the doctor's secretary about the examination of Denise Crowe on May 1, 2006 and the doctor's written report of that exam. His secretary promised that she would type up the report upon completion of the examination and e-mail to me, which I in turn will forward to you.

Very truly yours,

Tom Tarro

Thomas A. Tarro, III

TAT:jt

EXHIBIT
A