UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENISE CROWE, Plaintiff, | : | |
| v. | : | CA 05-098 T |
| ROBERT C. MARCHAND, M.D.; SOUTH COUNTY ORTHOPEDIC & PHYSICAL THERAPY, INC., Defendants. | : | |

**ORDER GRANTING MOTION**
**FOR LEAVE TO AMEND ANSWER AND**
**SUPPLEMENT ANSWERS TO INTERROGATORIES**

Before the Court is Defendant, Robert C. Marchand, M.D.'s Motion for Leave to Amend Answer and Supplement Answers to Interrogatories (Document ("Doc.") #62) (the "Motion"). A hearing was conducted on April 26, 2006. The Motion is hereby GRANTED with the condition that Defendant Robert C. Marchand, M.D. ("Dr. Marchand"), must, if requested by Plaintiff, make his medical experts, Drs. Leslie and Nalebuff, available to Plaintiff for second depositions within thirty days of the date of this order. Such second depositions shall be limited to the subject of whether Plaintiff's alleged failure to continue with physical therapy contributed to her injury.

As Dr. Marchand bears some responsibility for the circumstances which have caused the Court to authorize these additional depositions,[1] he shall be responsible for paying one-

[1] The instant Motion was filed on March 15, 2006, two days prior to the close of discovery, despite the fact that the information which allegedly prompted it (i.e., the deposition testimony of Plaintiff and occupational therapist Lynn Benevides) has been in the possession of counsel for Dr. Marchand since December 16, 2005. If the Motion had been filed promptly, Plaintiff's counsel may have been able to question Drs. Leslie and Nalebuff about Plaintiff's alleged failure to continue with physical therapy when they were deposed initially.

third of their cost. Plaintiff shall be responsible for paying two-thirds of their cost. The latter requirement will provide Plaintiff with a financial incentive to keep the depositions relatively brief.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
April 26, 2006

BY ORDER:

Deputy Clerk