UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
APR 13 2006

DENISE CROWE :

VS. : C.A. No. 05-098T

ROBERT C. MARCHAND, MD; :
SOUTH COUNTY ORTHOPEDIC & :
PHYSICAL THERAPY, INC. :

**MOTION OF NON-PARTIES CASEY WATERS, SARA WATERS, JAMIE WATERS, AND PLAINTIFF, DENISE CROWE, FOR PROTECTIVE ORDER AND TO QUASH SUBPOENAS FOR MEDICAL RECORDS OF PLAINTIFF'S MINOR CHILDREN**

Now comes the Plaintiff, Denise Crowe, and non-parties Casey Waters, Sara Waters, and Jamie Waters, who are the minor children of the Plaintiff, and hereby move pursuant to Rule 26(c)(1) of the Federal Rules of Civil Procedure for a Protective Order with respect to the Notice of Deposition served upon the Keeper of Records of Thundermist Health Center of South County, and pursuant to Rule 45 of the Federal Rules of Civil Procedure to Quash the subpoena served therewith on the grounds that the subpoena is overly broad, irrelevant and seeks information, which constitutes confidential medical records of the non-party children.

Plaintiff,
By and through her attorney,

Thomas A. Tarro

Thomas A. Tarro, III #2046
LAW FIRM OF THOMAS A. TARRO, III,
The Summit East - Suite 330
300 Centerville Road
Warwick, RI 02886
(401) 737-7200
(401) 732-3362 (fax)

RECEIVED
APR 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☑ for determination
☐
Ernest C. Torres, Chief Judge
Date: 4/26/06

Withdrawn per letter from Plaintiff's counsel of 4/26/06.

David L. Martin

DAVID L. MARTIN, USMJ
April 28, 2006