UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENISE CROWE,<br>Plaintiff,<br><br>v.<br><br>ROBERT C. MARCHAND, M.D.;<br>SOUTH COUNTY ORTHOPEDIC &<br>PHYSICAL THERAPY, INC.,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CA 05-098 T |

**ORDER**
**RE MOTIONS HEARD APRIL 28, 2006**

Before the Court are three motions:

1) Plaintiff's Motion for Leave to Videotape the Deposition of Dr. Leo Rozmaryn (Document ("Doc.") #71) ("Motion for Leave to Videotape");

2) Defendant, South County Orthopedics & Physical Therapy, Inc.'s Motion to Preclude Plaintiff's Expert, Leo Rozmaryn, from Introducing Any New Basis or New Opinions (Doc. #72) ("South County's Motion to Preclude"); and

3) Defendant, Robert C. Marchand, M.D.'s Motion to Preclude Plaintiff's Expert, Leo Rozmaryn, M.D.[,] from introducing Any New Basis or New Opinions (Doc. #75) ("Dr. Marchand's Motion to Preclude").

The Court refers to the latter two motions collectively as "Defendants' Motions to Preclude." A hearing was held on April 28, 2006.

The Motion for Leave to Videotape is GRANTED; however, Plaintiff shall not be allowed to use the resulting videotape in lieu of live testimony by Dr. Rozmaryn at trial.[1] Defendants'

[1] In the event the extreme circumstance cited by Plaintiff's counsel at the April 28, 2006, hearing prevents Dr. Rozmaryn from attending the trial, Plaintiff may seek a reconsideration of this ruling.

SCANNED

Motions to Preclude are DENIED without prejudice to being renewed after Defendants receive the allegedly new basis or new opinions. The Court will be better able to determine whether the basis and opinions are new if it can compare them to the reports and information previously provided by Plaintiff. Additionally, the Court will be in a better position to determine whether Defendants are prejudiced by the allegedly new basis or opinions, the degree of that prejudice, and whether such prejudice may be cured.

So ordered.

ENTER:

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
May 1, 2006

BY ORDER:

Deputy Clerk