RECEIVED

MAY 03 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE CROWE :

VS. : C.A. No. 05-098T

ROBERT C. MARCHAND, MD; :
SOUTH COUNTY ORTHOPEDIC & :
PHYSICAL THERAPY, INC. :

**ORDER**

This matter came on for hearing before the Court, Magistrate Judge David L. Martin presiding, on April 26, 2006 on the Plaintiff's Motion to Reconvene the Deposition of Dr. Leslie and for an Order to Produce Documents at Deposition. After hearing thereon and by agreement of the parties, it is hereby

**ORDERED, ADJUDGED AND DECREED**

1. The Plaintiff will withdraw her Motion, on the condition that Defendant Robert C. Marchand, M.D. supplements his Answer to Interrogatory No. 23 to specifically state that Dr. Leslie has not relied upon, in whole or in part, any authority, including but not limited to medical journals and/or text books, as well as the medical studies referred to by Dr. Leslie in his report, dated December 24, 2005, in formulating his opinions concerning the liability of Dr. Marchand for injury to the Plaintiff.

The Defendant shall comply with this Order within seven (7) days, or on or by May 4, 2006.

ENTERED

PER ORDER

David L. Martin
USMJ 5-3-06

Presented by:

Kris Macaruso Marotti, #2046
THE LAW FIRM OF THOMAS A. TARRO, III
300 Centerville Road
Summit East, Suite 330
Warwick, RI 02886

**CERTIFICATION**

I, the undersigned, hereby certify that I have served a copy of the foregoing Order on the 2nd day of May 2006, to:

Dennis T. Grieco, Esq.
GIDLEY, SARLI & MARUSAK, LLP.
One Turks Head Place, Suite 900
Providence, RI 02903

Kristin Barkett Petttey, Esq.
ROBERTS CARROLL FELDSEIN & PEIRCE
10 Weybosset Street
Providence, RI 02903