THE LAW FIRM OF

THOMAS A. TARRO III, ESQ.

THE SUMMIT EAST -- SUITE 330
300 CENTERVILLE ROAD
WARWICK, RHODE ISLAND 02886

THOMAS A. TARRO III
ttarro3rd@tarrolawfirm.com

ANTHONY S. BUGLIO
abuglio@tarrolawfirm.com

KRIS R. MACARUSO MAROTTI
kmarotti@tarrolawfirm.com

(401) 737-7200
FAX: (401) 732-3362

December 6, 2005

Dennis T. Grieco, II, Esq.
GIDLEY, SARLI & MARUSAK
One Turks Head Place,Suite 900
Providence, RI 02903

RE: Crowe v. Marchand, et al
C.A. No. 05-0135

Dear Attorney Grieco:

Dr. Rozmaryn has advised us that he is available for his deposition on January 17 or January 24, 2006 at 5:30 p.m. at his office located at 9711 Medical Center Drive, Suite 201, Rockville, Maryland. His fee for the deposition is $600.00 per hour. He requires a deposit of $600.00 before blocking out any time for the deposition. The deposit is refundable if the deposition is canceled one week before the scheduled date.

Please let me know on which date you would like to me schedule Dr. Rozmaryn's deposition.

Very truly yours,

Thomas A. Tarro, III/aat

Thomas A. Tarro, III

TAT/aat

Michael G. Sarli*
James P. Marusak*
Michael R. De Luca*
Dennis T. Grieco II*

Matthew D. Rocheleau*
Sheri L. Montecalvo*
Heather L. Perdue*

Thomas D. Gidley, Retired

* Also admitted in Massachusetts

One Turks Head Place, Suite 900
Providence, Rhode Island 02903
Telephone 401-274-6644
Fax 401-331-9304

Gidley, Sarli & Marusak, LLP
ATTORNEYS AT LAW

January 23, 2006

Thomas A. Tarro, III, Esq.
300 Centerville Road
Suite 330
Warwick, RI 02886

**Re: Denise Crowe vs. South County Orthopedic & Physical Therapy, Inc., et al. C.A. No.: PC 05-0135**

Dear Tom:

Thank you for providing me the dates of February 9, 16 or 23, 2006 for rescheduling of Dr. Rozmaryn's deposition. February 23 is the only one that works for me and as a result, I enclose a Re-Notice of Dr. Rozmaryn's deposition at 9:00 a.m. on that date. Although I do not anticipate Dr. Rozmaryn's deposition taking an extremely long time, it is always hard to predict. As a result, please make sure the doctor is generally available on that day, as I do not want to cut the deposition short and have to return to Maryland on some other occasion.

I also noted that the February dates that you suggested were all after the discovery closure deadline in this case. I know that you have moved to extend that deadline. Obviously, if it is extended by the Court, the fact that we are conducting Dr. Rozmaryn's deposition in February is a moot point. If the deadline is not, however, extended and for some reason the delay in taking Dr. Rozmaryn's deposition creates a difficulty for the defendants in complying with any of the Court ordered deadlines, I understand that the Plaintiff will agree to any action that the Defendants will ultimately need to take out of time, including the filing of any sort of Pre-trial Motion beyond any court imposed deadline. If, for any reason, my understanding to this effect is inaccurate, please let me know immediately, so that we can effect the deposition of Dr. Kasparyan before January 31, 2006.

Lastly, Dr. Kasparyan's report is now long overdue. You have received the reports and taken the depositions of the defense experts. I would ask that you provide me with Dr. Rozmaryn's report as soon as possible.

Thank you as always for your cooperation. If you have any questions or comments, please do not hesitate to contact me.

Sincerely,

Dennis T. Grieco

DTG:cml

cc: David Carroll, Esq.