Michael G. Sarli*
James P. Marusak*
Michael R. De Luca*
Dennis T. Grieco II*

Matthew D. Rochcleau*
Sheri L. Montecalvo*
Heather L. Perdue*

Thomas D. Gidley, Retired

* Also admitted in Massachusetts

One Turks Head Place, Suite 900
Providence, Rhode Island 02903
Telephone 401-274-6644
Fax 401-331-9304

Gidley, Sarli & Marusak, LLP
ATTORNEYS AT LAW

March 14, 2006

Via Facsimile

Thomas A. Tarro, III, Esq.
300 Centerville Road
Suite 330
Warwick, RI 02886

**Re: Denise Crowe vs. South County Orthopedic & Physical Therapy, Inc., et al. C.A. No.: PC 05-0135**

Dear Tom:

I am still awaiting dates for Dr. Rozmaryn's deposition. At this point, could do the deposition on April 10, 11 or 12 and April 19, 20, 21. Please let me know which of these dates are workable, so that I can notice the deposition.

Thank you as always for your cooperation. I look forward to hearing from you.

Sincerely,

Dennis T. Greico II

DTG:cml

cc: David Carroll, Esq. (via facsimile)

Michael G. Sarli*
James P. Marusak*
Michael R. De Luca*
Dennis T. Grieco II*

Matthew D. Rocheleau*
Sheri L. Montecalvo*
Heather L. Pardue*

Thomas D. Gidley, Retired

* Also admitted in Massachusetts

One Turks Head Place, Suite 900
Providence, Rhode Island 02903
Telephone 401-274-6644
Fax 401-331-9304

Gidley, Sarli & Marusak, LLP
ATTORNEYS AT LAW

## FACSIMILE COVER SHEET

TO: Thomas Tarro, Esq.
732-3362

David Carroll, Esq.
521-1328

FROM: Dennis T. Grieco II

DATE: March 15, 2006

RE: Crowe v. South County Orthopedics et al

Number of Pages (including this cover sheet): 2

---

**The information contained in this facsimile message is confidential business and is the property of GIDLEY, SARLI & MARUSAK. This message is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, copying, or distribution of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone to arrange for return of the original document to us.**

**Thank you.**

THE LAW FIRM OF
THOMAS A. TARRO III, ESQ.
THE SUMMIT EAST — SUITE 330
300 CENTERVILLE ROAD
WARWICK, RHODE ISLAND 02886

THOMAS A. TARRO III
ttarro3rd@tarrolawfirm.com

ANTHONY S. BUGLIO
abuglio@tarrolawfirm.com

KRIS R. MACARUSO MAROTTI
kmarotti@tarrolawfirm.com

(401) 737-7200
FAX: (401) 732-3362

March 16, 2006

***Via E-mail & Facsimile***

Dennis T. Grieco, II, Esq.
GIDLEY, SARLI & MARUSAK
One Turks Head Place, Suite 900
Providence, RI 02903

RE: Crowe v. Marchand, et al
C.A. No. 05-0135

Dear Attorney Grieco:

I have contacted Dr. Rozmaryn's office, and the dates you suggested do not work with his schedule. His secretary will speak with the doctor about obtaining dates during the week of April 24 and May 1.

I have been advised that the doctor's schedule has changed such that he is only scheduling depositions after 5 p.m. I told his secretary that previous arrangements were made to conduct the deposition in the morning. She will confer with Dr. Rozmaryn on this issue.

I also asked her to set aside three (3) hours for Dr. Rozmaryn's deposition. If you feel that additional time Is needed, please let me know.

Very truly yours,

Thomas A. Tarro, III/aat

Thomas A. Tarro, III

TAT/aat
Cc: David Carroll, Esq.

THE LAW FIRM OF
THOMAS A. TARRO III, ESQ.
THE SUMMIT EAST — SUITE 330
300 CENTERVILLE ROAD
WARWICK, RHODE ISLAND 02886

THOMAS A. TARRO III
ttarro3rd@tarrolawfirm.com

ANTHONY S. BUGLIO
abuglio@tarrolawfirm.com

KRIS R. MACARUSO MAROTTI
kmarotti@tarrolawfirm.com

(401) 737-7200
FAX: (401) 732-3362

March 22, 2006

***Via E-mail & Facsimile***

Dennis T. Grieco, II, Esq.
GIDLEY, SARLI & MARUSAK
One Turks Head Place, Suite 900
Providence, RI 02903

RE: Crowe v. Marchand, et al
C.A. No. 05-0135

Dear Dennis:

I spoke with Dr. Rozmaryn's secretary and she advised me he is available on May 2 or May 9, 2006, at 5:00 p.m. for his deposition. Due to his schedule and newly assumed duties he is unavailable to conduct his deposition during the day.

Please advise me, at your earliest convenience, which date you would like to schedule the deposition so that I may inform Dr. Rozmaryn.

Very truly yours,

Thomas A. Tarro, III /aat

Thomas A. Tarro, III

TAT/aat
Cc: David Carroll, Esq.

THE LAW FIRM OF
THOMAS A. TARRO III, ESQ.
THE SUMMIT EAST – SUITE 330
300 CENTERVILLE ROAD
WARWICK, RHODE ISLAND 02886

THOMAS A. TARRO III
ttarro3rd@tarrolawfirm.com

ANTHONY S. BUGLIO
abuglio@tarrolawfirm.com

KRIS R. MACARUSO MAROTTI
kmarotti@tarrolawfirm.com

(401) 737-7200
FAX: (401) 732-3362

April 19, 2006

Dennis T. Grieco, II, Esq.
GIDLEY, SARLI & MARUSAK
One Turks Head Place, Suite 900
Providence, RI 02903

Re: Crowe v. Marchand, et al
C.A. No. 05-0135

Dear Dennis:

I have forwarded to Dr. Rozmaryn's office $1,200.00 to secure the time for his deposition, which is scheduled for May 2, 2006 at 5:30 p.m. at the Woodfin Suites Hotel, Rockville, Maryland

I spoke to the doctor's secretary about the examination of Denise Crowe on May 1, 2006 and the doctor's written report of that exam. His secretary promised that she would type up the report upon completion of the examination and e-mail to me, which I in turn will forward to you.

Very truly yours,

Tom Tarro

Thomas A. Tarro, III

TAT:jt