UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE CROWE

VS. C.A. No: 05-098 T

ROBERT C. MARCHAND, M.D.
SOUTH COUNTY ORTHOPEDICS
& PHYSICAL THERAPY, INC.

**NOTICE TO TAKE DEPOSITION**

DEPONENT: Kala Hennessey
DATE: May 25, 2006
TIME: 4:30 p.m.

Please take notice that pursuant to R.C.P. 30(b), the Defendant in the above-entitled matter will take the deposition of the above-named individual on oral examination, which examination will continue from day to day until completed, the same to commence on the date and at the time above stated via telephone at the offices of DREYER & ASSOCIATES, 201 North Franklin Street, Suite 1775, Tampa, Florida 33602, before a notary public commissioned in the State of Florida.

DEFENDANT
Robert C. Marchand, M.D.
By His Attorney,

David W. Carroll #0561
ROBERTS, CARROLL, FELDSTEIN
& PEIRCE
10 Weybosset Street, 8th Floor
Providence, RI 02903
(401) 521-7000
FAX (401) 521-1328

**CERTIFICATION**

I hereby certify that I mailed a copy of the within notice this 19th day of May, 2006, to:

Thomas A. Tarro, III, Esq.
LAW FIRM OF THOMAS A. TARRO, III
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886

Dreyer & Associates
Attention: Gayl Hardeman
201 North Franklin Street, Suite 1775
Tampa, FL 33602