**The Orthopaedic Center, P.A.**

9711 Medical Center Drive
Suite 211
Rockville, MD 20850
Phone: (301) 251-4433
Fax: (301) 424-8266

John T. Sylvester, M.D.
Lee M. Rozmaryn, M.D.
Barry P. Boden, M.D.
Sridhar Durbhakula, M.D.
Sanjay Bendre, M.D.
Ali Moshirfar, M.D.
Gary E. Feldman, DPM

May 01, 2006

RE: DENISE ELAINE CROWE

**INDEPENDENT MEDICAL EXAMINATION:** Ms. Crowe is a 41-year-old woman who approximately 3.5 years ago was involved in a rollerblading incident in November 2002, when she slipped and fell. She was taken to the emergency room and was noted to have a great deal of pain and swelling and deformity in the right wrist.

She had x-rays which were read as "fracture, right distal radius." She was referred to an orthopedic surgeon, and the radiologist's report also read, "comminuted fracture involving the right distal radius with slight impaction." There is no mention of any injury to the carpus. She was seen October 21, 2002 by Dr. Robert Marchand who noted that she fell on her outstretched arm, and that she was tender over the distal radius with moderate swelling, no shortening or malrotation. Motor and sensory exams were normal. He read a "nondisplaced distal radius fracture, nonarticular," and he placed her into a volar splint, to see her back 2.5 weeks later. In 2.5 weeks in November 2002, she called the office, concerned about swelling and "popping" in her right wrist. On exam that day she was noted to have moderate swelling and tenderness over the distal radius. Neurovascular status was normal. She still had some swelling across the dorsum of her hand. Sensation was intact. Gentle range of motion of the fingers was painful, but adequate.

Mr. Moffitt, PA, read the x-rays as showing a nondisplaced displaced distal radius fracture in satisfactory position and alignment, and "a little widening of the scapholunate joint." The scaphoid looked fine. She was instructed to start gentle range of motion of her fingers, and was given an anti-inflammatory. There is no mention in the note of an MRI being ordered, but on November 12, 2002 she underwent an MRI of the right wrist. Apparently this ordered after the patient's visit, and the patient was called at home by the PA, and told that she was going to get an MRI.

MRI actually showed evidence of a nondisplaced fracture across the distal radius, and also widening of the space between the navicular and lunate due to a tear of the scapholunate ligament. Also noted was a tear of the triangular fibrocartilage complex, and a distal radial ulnar joint effusion.



DEPOSITION EXHIBIT #6
Rozmaryn
SML 5-2-06
PENGAD 800-631-6989

The Orthopaedic Center, P.A.

9711 Medical Center Drive,
Suite 20
Rockville, MD 20850
Phone: (301) 251-1433
Fax: (301) 424-8266
www.orthoctr.com

John T. Stinson, M.D.
Leo M. Rozmaryn, M.D.
Barry P. Boden, M.D.
Sridhar Durbhakula, M.D.
Sanjay Bavishi, M.D.
Ali Mesbirfar, M.D.
Cary K. Feldman, DPM

Page 2

She was seen again on November 14 by Dr. Marchand, who now read the x-rays as "widening of the scapholunate joint with tear of the scapholunate ligament and a triangular fibrocartilage complex tear." There is no evidence on the 14th that he actually read an MRI, although the MRI was done on the 12th. Still, the note says that Dr. Marchand essentially saw the patient and "favors conservative treatment, and that the option of reconstructing the ligament was outlined to her, but he would continue to treat her in a splint and would see her back on a four-week basis." Discussing this office visit, the patient denies having seen Dr. Marchand on that date, but rather saw the Physician Assistant, who indicated to her that the MRI had been read, and that he had discussed her case with Dr. Marchand, and that Dr. Marchand had made the decision to treat her nonoperatively. By the patient's account, there was never a point at that time where reconstructing the ligament was actually outlined to her as an option.

In any event, the note does indicate that Dr. Marchand favored conservative treatment in light of an obvious scapholunate ligament tear.

She was evaluated by the Occupational Therapist on November 21, 2002, and the patient was noted to be hypersensitive to touch and had some limited wrist flexion and extension, radial and ulnar deviation, pronation of 60 degrees, and almost no supination. She was complaining of a cold sensation in her hands at that visit. She was also noted to have a decreased total active motion in her digits.

She underwent occupational therapy by plan twice a week for eight to twelve weeks, and was noted to be cooperative, and to have "good rehab potential," but she was noted to have significant pain which limited her progress and significant edema. There was pitting in the hand and tightness with increased pain and "tight" motion. She continued to go every few days to physical therapy. She was noted by December 12 to have slow improvement, pain and edema limiting her progress, with "tight" intrinsics. By mid-December, she was noted to have improved mobility and better skin appearance. However, she still had significant hypersensitivity and moderate edema by the therapist's notes. Focus was felt to be needed on stress loading; however, she was noted by December 19 to have increased awkward pattern of movement, and "needs strong encouragement." She had significant pain.

She was seen again by Mr. Moffitt on December 26 and was noted to have significant pain, had removal of a well-formed plastic splint, and had limited motion in the right wrist and was

The Orthopaedic Center, P.A.

9711 Medical Center Drive
Suite 201
Rockville, MD 20850
Phone (301) 251-1433
Fax (301) 424-5266
www.orthomedctr.com

John T. Stinson, M.D.
Lee M. Reznaryn, M.D.
Barry P. Boden, M.D.
Sridhar Durbhakula, M.D.
Sanjay Bordia, M.D.
Ali Moshirfar, M.D.
Gary K. Fishman, DPM



moderately swollen. The fingers were also swollen. Sensation was intact. Grip strength was weak. She had no localized tenderness over the distal radius or scaphoid.

X-rays showed increased widening of the scapholunate joint, and the distal radius fracture was healed and the scaphoid seemed fine.

The impression was that he was a "little concerned about a possible RSD," and he wanted to increase the physical therapy to three times a week, give her anti-inflammatories, and also started her on 25mg Elavil, to increase this to 50mg, and see her back in three weeks. She continued going to physical therapy and made modest gains in the range of motion of her fingers, although on January 07 she was noted to have increasing edema of the hand, but she had better forearm motion. She was noted to have intrinsic tightness and extremely guarded movement with functional activity. By mid-January she had improved digital movement, and slightly increased functional activity. She was seen by Dr. Marchand on January 16. He indicates that she was started on Elavil at the last visit, and working with physical therapy, that she was better today, although she had significant skin atrophic changes. She was noted to have a 40-degree arc of movement, but fully able to supinate and pronate with diffuse discomfort throughout the hand. She had limited MP flexion. The impression was "right radius injury, scapholunate ligament injury with RSD." The recommendation was to continue working with physical therapy, increase her Elavil, and to follow up in four weeks.

She went back to physical therapy and was noted to have some steady gains, but she was noted to have clicking at the base of the thumb volar aspect. Supination was improving by the end of January, but was noted at the beginning of February to start having stiffness in the shoulder. She was seen once again by Occupational Therapy in February, and was noted to have pain at the scapholunate joint and a popping sensation. She was noted to have pain in her wrist, slowing down her wrist motion. She was noted to have improving grasp, but still soreness throughout, and awkward function of the right upper extremity with less skin color changes by the end of February.

By February 26 her hand was noted to be better, but she continued to have dysfunction associated with her shoulder and elbow. On examination on the 26th, her shoulder forward flexion, internal and external rotation were noted to be limited. Elbow flexion and extension were okay. Her hand was "very dystrophic." Wrist movement showed 30% of palmar flexion

The Orthopaedic Center, P.A.

9711 Medical Center Drive
Suite 2
Rockville, MD 20850
Phone: (301) 251-1433
Fax: (301) 424-8266
www.orthodoc.com

John T. Stinson, M.D.
Lee M. Hauser, M.D.
Barry P. Boden, M.D.
Sridhar Durbhakula, M.D.
Sanjay Hardik, M.D.
Ali Mostafavi, M.D.
Gary E. Feldman, DPM



and dorsiflexion, supination 10%, and pronation of 85%. The MP joints were improved, but the PIP joints were about the same.

She was talked to about doing interscalene blocks to decrease the symptomatology. She went back to the physical therapist through March 2003, and was noted in mid-March to have "more RSD-like symptoms today." She was seen in mid-April by David Burns, who recognized the scapholunate widening. He noted that she had persistent symptoms, and that she had inability to move the wrist secondary to pain. There was also a loud clunk in her wrist when she tended to roll the wrist from side to side.

She was diagnosed with RSD, had been to physical therapy, and had stopped taking her Elavil.

Her past medical history was reviewed at length by Dr. Burns. His impression was a scapholunate injury with a DISI wrist pattern, and "general" carpal instability. She was then referred to a hand surgeon. On April 24, 2003 she was evaluated by Edward Akelman, M.D., the chief of the hand clinic at Rhode Island Hospital. Her past medical history was reviewed, and his impression at that time was that she had a right-sided frozen shoulder, scapholunate ligament tear post distal radius injury with resultant rotatory subluxation of the scaphoid, and some "soft tissue or bony problem." She was told that she had a problem with the distal radial ulnar joint, and she was taken to the operating room on May 13, and underwent a right carpal tunnel release, scaphocapitate fusion, a right extensor pollicis longus transposition, and a dorsoulnar capsular release. She underwent a bone graft from the distal radius packed into the scaphocapitate articulation, and underwent pinning of the scaphoid to the capitate.

By her account after the surgery, and since then, she had been placed into some kind of a cast in which she remained for six weeks. After that she began a course of physical therapy after the pins and the cast were removed after a total of three months. The therapy focused on finger movement as well as wrist movement. She was given a JAS splint to increase the range of motion in both flexion and extension as well as pronation and supination. She had had shoulder therapy prior to the wrist surgery, but not afterwards.

She continued in therapy for about five months, and describes how after the surgery to the carpal bones and the carpal tunnel release her pain diminished by 90%. She started to use the fingers

The Orthopaedic Center, P.A.

9711 Mt. Real Custer Drive
Suite 20
Rockville, MD 20850
Phone: (301) 251-1733
Fax: (301) 424-8281
www.toc-doctor.com

John T. Stinson, M.D.
Leo M. Rozmaryn, M.D.
Barry P. Boden, M.D.
Sridhar Durbhakula, M.D.
Sunjay Berdia, M.D.
Ali Mesbirfar, M.D.
Gary S. Feldman, DPM



much better, everything seemed to have quieted down. After a period of time she reached a plateau where she remains today.

She describes her symptoms today are such that in general, at rest and with ordinary activities, she does not have much pain in the wrist. But she has permanent stiffness in that wrist, and with heavy usage of the hand, she does have pain that aches for a while, which is controlled with an anti-inflammatory.

**PHYSICAL EXAMINATION:** She comes in today with good wrinkles in her skin and nice, soft supple skin which is not tender at all. She has essentially 120 degrees of forward elevation, 160 degrees of lateral abduction, 60 degrees of external rotation compared to 75 degrees on the other side. She has internal rotation which is comparable to the other side, where her thumb comes to about T5. She has full elbow flexion and extension. She can pronate the right wrist now to 85 degrees, and supinates about 65-70 degrees compared to about 80 degrees on the other side. She has 85 degrees of wrist extension on her left side, and about 35-40 degrees of wrist extension on the affected side. Wrist flexion is about 45 degrees on the right and about 85 degrees on the left. Ulnar deviation is 20 degrees, radial deviation is zero. On the other side it is 10 degrees of radial deviation, and 35 degrees of ulnar deviation. Grip strength is 85 pounds on the left unaffected side, and 45 pounds on the right. Chuck-pinch strength is 11 pounds on left, and 13 pounds on the right.

Her MP joints can be flexed to about 90 degrees with the third, fourth and fifth fingers, and about 80 degrees in the index finger. Her thumb can come all the way to the base of the fifth metacarpal and extend fully. She has excellent circumduction of the thumb at this point. Her PIP's come out fully and flex so that when she makes a fist, she can flex fully into the palm, both with the PIP's and DIP's, so her total active movement has markedly improved.

She indicates that she pretty much achieved this three to four months after her wrist surgery, as much of her "dystrophic" symptoms went away without the necessity of stellate ganglion blocks simply by having the wrist surgery done. She has been able to use the hand, although it is still weaker, even to this day, for general use. She is left-handed, so that the right hand is really an assisted hand anyway, and this has really saved her. There are many things she cannot do in terms of her sporting activities. She has always been a very active person, and the things that

**The Orthopaedic Center, P.A.**

9715 Medical Center Drive
Suite 21[illegible]
Rockville, MD 20850
Phone: (301) 251-1433
Fax: (301) 424-5266
www.orthoctr.com

John T. Schwab, M.D.
Leo M. Rozmaryn, M.D.
Barry P. Boden, M.D.
Sridhar Durbhakula, M.D.
Sanjay Hemlin, M.D.
Ali Moshirfar, M.D.
Gary E. Feldman, DPM



involve wrist movement that she feels she cannot do, even as an activity of daily living. Getting out of a bathtub is problematic as well.

I believe right now she has a disability in her wrist of about 15% for her right side based on pain with extremes of movement or heavy use, and stiffness from the scaphocapitate fusion. I am very pleased that I have been able to see Ms. Crowe today as an independent medical evaluation.

I will see Ms. Crowe back as necessary, and I believe that she has reached her maximal medical improvement at this time.

Leo M. Rozmaryn, M.D. / jm