UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENISE CROWE, Plaintiff | ) | |
| VS. | ) | |
| | ) | C.A NO.: 05-098T |
| ROBERT C.MARCHAND, M.D. SOUTH COUNTY ORTHOPEDIC & PHYSICAL THERAPY, INC. Defendants | ) | |

**DISMISSAL STIPULATION**

Plaintiff, Denise Crowe, and Defendants, South County Orthopedics & Physical Therapy, Inc. and Robert C. Marchand, M.D., hereby stipulate and agree by and through their undersigned counsel that any and all of the Plaintiff's claims against South County Orthopedics & Physical Therapy, Inc. are hereby dismissed with prejudice, no costs or fees to either party and all rights of appeal being waived.

Plaintiff,
Denise Crowe,
By her attorney,

Thomas A. Tarro, III Esq.
300 Ceterville Road
Suite 330
Warwick, RI 02886

South County Orthopedic
& Physical Therapy, Inc,
By its attorney,

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

Defendant,
Robert C. Marchand, M.D.
By his attorney,

David Carroll, Esq.
Roberts, Carroll & Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903

ENTER: By Order,

Chief Judge Ernest Torres
6/6/06

Clerk

**CERTIFICATE OF SERVICE**

Thomas A. Tarro, III, Esq.
300 Centerville Road, Suite 330
Warwick, RI 02886

David Carroll, Esq.
Roberts Carroll Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903

I hereby certify that on the 26th day of May, 2006, I forwarded a copy of the foregoing to the above-reference counsel of record via first-class mail, postage prepaid.