Affiliated With Towson Reporting Company - 410-828-4148

1

# Errata Sheet

I, the undersigned, do hereby certify that I have read the foregoing deposition and that, to the best of my knowledge and belief; said deposition is true and accurate. With the exception, of any correction which may be listed below.

In Re: Denise Crowe vs. Robert C. Marchand, M.D.

Taken on: 05/02/06

Deposition of: Leo Rozmaryn, M.D.

Reported by: Susan M. Liebrecht

| Page / Line / Reads | Should Read |
| --- | --- |
| Page – 58 Line – 6-7 Now Reads: was the best guesstimate within the ballpark of what her disability is. This same correction should be made at Page 61 of the deposition Lines 19- 20. | Should Read: was a clinical approximation within a reasonable degree of medical certainty of what her disability is. |
| Page 169, Lines 8-11, the word "guesstimate" | should be replaced by "approximation to a reasonable degree of medical certainty". |
| Pg 170 / L.11 / "best guesstimates" | "clinical approximation based on a reasonable degree of medical certainty." |
| Pg 170 / L.20 / "guesstimate" | (same as above) |
| P. 190 / L.12 / "guesstimate" | (same as above) |
| * P 191 / L.1 / "guesstimate" | (same as above) |
| Pg 80 / L.18 / "I don't recall" | "Upon review of my file & report, dated March 7, 2005, I did review the films prior to January 19, as indicated in my report, dated March 7, 2005." |
| Pg 80, L. 21 "I don't recall" | (same as above) |
| Pg 81 / L.6-7 / "I can't tell you for sure ~~that~~ I don't have any independent recollection of that right now." | (same as above) |

6-2-06

Date

Signature

* P 190, L16 "guesstimate" / "clinical approximation to a reasonable degree of medical certainty."

*Affiliated With Towson Reporting Company - 410-828-4148*

2

## Errata Sheet

I, the undersigned, do hereby certify that I have read the foregoing deposition and that, to the best of my knowledge and belief; said deposition is true and accurate. With the exception, of any correction which may be listed below.

In Re: Denise Crowe vs. Robert C. Marchand, M.D.

Taken on: 05/02/06

Deposition of: Leo Rozmaryn, M.D.

Reported by: Susan M. Liebrecht

| Page | Line | Reads | Should Read |
|---|---|---|---|
| P 81 | L.18-19 | "Same thing. I don't have any recollection of that" | (same as above) |
| P82 | L.5 | "I can't tell you for sure I don't recall" | (same as above) |
| P 82 | L 10 | "Again, I can't tell you that for sure" | "upon review of my file and report dated March 7, 2005, I did review the x-rays prior to the date of the report and made measurements as set forth in my report with a ruler/goniometer." |
| Pg 82, | L 15-16 | "I can't tell you that with any absolute surety!" | (same as above) |
| Pg 89, | L 9 | "Not with a protractor." | "Not with a protractor, I used a ruler/goniometer." |

6-2-06
Date

Signature

THE LAW FIRM OF
THOMAS A. TARRO III, ESQ.
THE SUMMIT EAST – SUITE 330
300 CENTERVILLE ROAD
WARWICK, RHODE ISLAND 02886

JUL 10 2006

THOMAS A. TARRO III
ttarro3rd@tarrolawfirm.com

ANTHONY S. BUGLIO
abuglio@tarrolawfirm.com

KRIS R. MACARUSO MAROTTI
kmarotti@tarrolawfirm.com

(401) 737-7200
FAX: (401) 732-3362

June 30, 2006

Susan M. Liebrecht
Townson Reporting Company
20 South Charles Street, Suite 901
Baltimore, MD 21201

RE: Denise Crowe vs. Robert Marchand

Dear Ms. Liebrecht:

Please find enclosed the errata sheet of Dr. Leo Rozmaryn, with respect to his deposition, which was taken on May 2, 2006.

Very truly yours,

Kris Macaruso Marotti/aat

Kris Macaruso Marotti

KMM/aat
Enclosure
Cc: David Carroll, Esq.