# GORE BROTHERS
## Reporting & Video Company, Inc.

20 S. Charles Street, Suite 901
Baltimore, Maryland 21201
Fax: 410-685-6361

24 Hours/7 Days
410-837-3027
800-734-5292

July 18, 2006,

David W. Carroll, Esq.
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street
8th Floor
Providence, R. I. 02903

Dear Mr. Carroll,

This letter will confirm that according to our records the original transcript and errata sheet for the deposition of Leo Rozmaryn, M.D. was sent to Leo Rozmaryn, M.D. on May 12, 2006. The transcript was sent via regular mail, which is our practice for all Readings & Signings. We received a letter and corrected errata sheet from the office of Thomas A. Tarro, III, Esquire that was dated June 30, 2006. We then forwarded a copy of the corrected errata sheets to all ordering attorneys.

If any further information is needed please feel free to call our office.

Sincerely,

*Beth Robinson*

GORE BROTHERS
Reporting & Videoconferencing

Since 1961 - Serving Maryland, D.C. & No. VA
Worldwide Scheduling www.gorebrothers.com

Phone: 410-837-3027 24 Hrs./7 Days Fax: 410- 837-6379

# FAX COVER SHEET

Date: July 19, 2006

To: Kristen Petty

Attn:

From:

GORE BROTHERS
20 S. Charles St., Suite 901, Baltimore, MD 21201

Towson Reporting Company
600 Baltimore Ave, Suite 304, Towson, MD 21204

Originator: Beth

Documents Sent: requested invoice

Note:

Number of pages including cover sheet:
If you have difficulty receiving any part of this transmission, please call 410-837-3027.
Hard copy to follow: