DWC:KBP
35-182 / 300637
8/10/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE CROWE

VS. C.A. No: 05-098 T

ROBERT C. MARCHAND, M.D.

**APPENDIX TO DEFENDANT, ROBERT C. MARCHAND, M.D.'S REPLY MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION TO STRIKE AND PRECLUDE ANY REFERENCE TO THE ERRATA SHEET OF LEO ROZMARYN, .D. PRETRIAL ORDER – JURY CASE §5 (TORRES, J.)**

The Defendant, Robert C. Marchand, M.D., pursuant to Pretrial Order – Jury Case § 5 (Torres, J.) submits this Appendix. Copies of the following cited authorities are attached:

1. Metayer v. PFL Life Ins. Co., 1999 WL 33117063 (D.Me. 1999)
2. DeLoach v. Philip Morris Companies, Inc., 206 F.R.D. 568 (M.D.N.C. 2002).
3. Elwell v. Conair, Inc., 145 F.Supp.2d 79, 86 (D.Me. 2001)
4. Welsh v. R.W. Bradford Transportation, 231 F.R.D. 297 (N.D.Ill. 2005)
5. Davidson Hotel Co. v. St. Paul Fire & Marine Ins. Co., 136 F.Supp. 2d 901 (W.Tenn.2001)
6. Porter v. Hamilton Beach/procor-Silex, Inc., 2003 WL 21946595 (W.D.Tenn. 2003)
7. Hawthorne Partners vs. AT&T Technologies, Inc., 831 F.Supp. 1398 (N.D.Ill. 1993)
8. Duff v. Lobdell-Emery Manufacturing Co., 926 F.Supp. 799 (N.D.Ind. 1996)
9. Erstad v. Curtis Bay Towing Company, 28 F.R.D. 583 (D.M.D. 1961)
10. Willco Kuwait (Trading) S.A.K. v. DeSavary, 638 F.Supp. 846 (D.R.I. 1986)

ROBERT C. MARCHAND, M.D.
By His Attorney,

/s/ David W. Carroll
/s/ Kristin Barkett Pettey
David W. Carroll #0561
Kristin Barkett Pettey #5926
ROBERTS, CARROLL, FELDSTEIN & PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000

**CERTIFICATION**

I hereby certify that on this 10th day of August, 2006 the within Stipulation was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing. The undersigned further certifies that a true copy of the within document was mailed, postage prepaid, to the following on the 10th day of August, 2006:

Thomas A. Tarro, III, Esq.
LAW FIRM OF THOMAS A. TARRO, III
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886

/s/ Kristin Barkett Pettey