UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE CROWE :

VS. : C.A. No. 05-098T

ROBERT C. MARCHAND, MD; :
SOUTH COUNTY ORTHOPEDIC & :
PHYSICAL THERAPY, INC. :

**PLAINTIFF'S PROPOSED JURY VOIR DIRE**

1. Do you know any of the parties involved in this litigation?

2. Do you know any of the attorneys representing the parties or any attorneys from their respective law firms?

3. Do you know any of the witnesses who have been identified and are expected to testify at the trial in this matter?

4. Have any of you or any members of your immediate family ever received treatment from Dr. Robert Marchand or any other medical provider at South County Orthopedic & Physical Therapy?

5. Do you or any member of your immediate family know Dr. Marchand or any other medical providers at South County Orthopedic & Physical Therapy?

6. Do you or any member of your immediate family know any person other than medical providers that work at South County Orthopedic & Physical Therapy?

7. Have any of you ever been a patient of Dr. Robert Marchand or any other medical provider at South County Orthopedic & Physical Therapy?

8. If so, have you formulated any opinion of South County Orthopedic & Physical Therapy and the individuals who are employed there, including Dr. Marchand?

9. Do any of you work in the field of medicine?

10. Are any of you related to or friendly with anyone in the medical field?

11. What do you think about medical malpractice cases?

12. Do any of you believe that it is wrong to sue a doctor?

13. Have any of you seen any program on television or read about medical malpractice issues?

14. Do any of you watch any television shows, such as ER, House, or Grey's Anatomy, which deal with the medical field?

15. Based upon what you have seen on television or read do any of you believe that even if a doctor make a mistake he should not be sued to be held accountable for his actions?

16. Do any of you believe that there should be a limit on the amount of money that juries can award to a person for medical malpractice when a doctor is sued for his negligence?

17. Do any of you believe juries awards are out of control?

18. Do any of you believe that doctors never make mistakes?

19. Do any of you belong to any groups or organizations who advocate tort reform?

20. Do any of you belong to any groups or organizations that advocate caps on awards in civil lawsuits?

21. Do any of you belong to any groups or organizations that advocate caps on damages in medical malpractice cases.

22. Do any of you believe that doctors are sued brought against doctors are frivolous?

23. Do any of you have a problem with awarding money to the Plaintiff if you find that a doctor made a mistake in diagnosing or treating her?

24. Do any of you have a problem with awarding damages for pain and suffering?

25. Do any of you have a problem awarding money damages for a permanent condition caused by a mistake made by the doctor?

26. Starting with Juror No. 1, please state:

(A) Whether you are employed, and if so, where do you work and what do you do there?

(B) If your spouse is employed, where does he or she work and what does he or she do there?

27. Have any of you or any members of your immediate family received any medical training ?

28. Have any of you received any physical therapy training?

29. Has any one in your immediate family received any physical therapy training?

30. Have any of you received any legal training?

31. Has any member of your immediate family received any legal training?

32. Have any of you sat on any other juries, either civil or criminal? If so, did you form any opinions after serving on those other juries concerning law suits or the judicial system, which would affect your ability to sit on this jury panel as a fair and impartial juror?

33. In criminal cases, the burden of proof or degree of proof is much higher than in a civil. In a criminal case, the prosecution has to prove beyond a reasonable doubt that the Defendant is guilty. In a civil case, such as the one we are involved in, the Plaintiff has a far lesser burden of proof. The Plaintiff has to prove to you by a preponderance of the evidence that the Defendant was negligent and that she sustained injury and damages as a result of the Defendant's negligence. Would there be any reason why you could not accept and apply the law in this case as the Court instructs you, and particularly, as to the degree of proof to a mere preponderance of the evidence?

34. Have any of you heard or learned of this case from any source?

35. Has anyone ever made a claim against you or any member of your family seeking damages as a result of negligence? If so, was a lawsuit filed. If so,

would this fact in any way affect your ability to sit on this jury panel as a fair and impartial juror?

36. Based on the evidence, it is proven to you by a preponderance thereof that the Defendant was at fault in this case, do any of you have a problem holding the Defendant accountable for his conduct?

37. One of the most difficult aspects of a lawsuit is putting a value in money damages on an injury. As a trial attorney it is part of my job to express to you my opinion about what I believe is fair compensation to award for Plaintiff's injury. As a juror, it is part of your job to award money damages for injuries Plaintiff has sustained and proven to you by the requisite standard of proof. Are any of you troubled by the fact that I would suggest an amount of money damages which would compensate the Plaintiff for her losses?

38. Are any of you unable to award money damages to the Plaintiff because of some personal belief or opinion?

39. Do any of you have any concerns about awarding money damages in this case because of something you read in the newspaper or heard on television regarding jury verdicts in this country?

40. Do any of you not want to sit on this jury for any reason?

41. Do you know of any reason why you could not accept the law as instructed to you by the Court and apply it to the facts in this case in rendering your verdict?

42. Is there any of you on this jury panel who could not promise me that they could give both sides a fair trial and be fair and impartial, listen to all the evidence, and render a verdict that is required by law that is in accordance with the law and the evidence of this case?

43. Would any of you suffer great personal inconvenience if you were chosen as a jury on this case and were caused to be heard for the next several days?

Plaintiff,
By and Through Her Attorney,

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

## CERTIFICATION

I, the undersigned, hereby certify that I have mailed a copy of the foregoing ***Jury Voir Dire*** on the day of May, 2006, to:

David Carroll, Esq.
ROBERTS CARROLL FELDSEIN & PEIRCE
10 Weybosset Street
Providence, RI 02903