UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE CROWE

VS. C.A. No: 05-098 T

ROBERT C. MARCHAND, M.D.

**DEFENDANT'S REVISED EXHIBIT LIST**

Now comes Defendant, Robert C. Marchand, M.D., and hereby submits, pursuant to Paragraph 4 of the Honorable Court's Pre-Trial Order, dated May 2, 2006, his attached revised proposed Exhibit List.

ROBERT C. MARCHAND, M.D.
By His Attorneys,

/s/ David W. Carroll
/s/ Jason C. Preciphs
David W. Carroll #0561
Jason C. Preciphs #6727
ROBERTS, CARROLL, FELDSTEIN & PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000

**CERTIFICATION**

I hereby certify that on this 11th day of December, 2006 the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants. The undersigned further certifies that a true copy of the within document was emailed and faxed to the following on the 11th day of December, 2006:

Thomas A. Tarro, III, Esq.
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886
(401) 732-3362 (facsimile)
ttarro3rd@tarrolawfirm.com

/s/ Jason C. Preciphs