UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE CROWE

VS. C.A. No: 05-098 T

ROBERT C. MARCHAND, M.D.

**ENTRY OF APPEARANCE**

I, Jason C. Preciphs, hereby enter my appearance on behalf of Defendant, Robert C. Marchand, in the above-entitled matter.

ROBERT C. MARCHAND, M.D.
By His Attorneys,

/s/ Jason C. Preciphs
David W. Carroll #0561
Jason C. Preciphs #6727
ROBERTS, CARROLL, FELDSTEIN & PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000

**CERTIFICATION**

I hereby certify that on this 12th day of December, 2006 the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants.

Thomas A. Tarro, III, Esq.
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886
(401) 732-3362 (facsimile)
ttarro3rd@tarrolawfirm.com

/s/ Jason C. Preciphs