**DEFENDANT'S LIST OF EXHIBITS**

| Identification | Full | Exhibit Letter | Description of Exhibit |
|---|---|---|---|
| | | A | Three Dimensional model of skeleton of wrist and hand |
| | | B | Curriculum Vitae of Robert C. Marchand, M.D. |
| | | C | Curriculum Vitae of Edward A. Nalebuff, M.D. |
| | | D | Curriculum Vitae of Bruce M. Leslie, M.D. |
| | | E | Occupational Therapy Daily Notes from South County Orthopedics Physical Therapy, Inc. Dated: 11/21/02 through 4/24/03 |
| | | F | Physical Therapy Initial Evaluation, Dated 4/30/03 |
| | | G | Physical Therapy Daily Notes from South County Orthopedics Physical Therapy Inc. Dated: 4/30/03 through 5/9/03 |
| | | H | Acknowledge of Consent to Surgical or Other Procedure Dated 4/24/03 |

| | | | |
|---|---|---|---|
| | | I | Rhode Island Hospital Medical Records Dated 5/13/03 |
| | | J | Report of Dr. Akelman, Dated 4/24/03 |
| | | K | Records from Rhode Island Hospital Orthopedic Hand Clinic, Dated: 4/24/03 through 11/6/03 |
| | | L | Records from Rhode Island Hospital Department of Rehabilitation Services, Occupation Therapy, Dated: 7/24/03 through 2/23/04 |
| | | M | W-2 Statements of Denise Crowe for taxable year 2001, 2002, 2003, 2004 |
| | | N | Narragansett School Records for Jamie Waters, Sara Waters and Casey Waters for school year 2003-2004 |
| | | O | Statements from Rhode Island Department of Labor and Training Temporary Disability Insurance Division 5/27/03 through 8/26/03 |
| | | P | Statement of charges from South County Orthopedics and Physical Therapy, Inc. Dated 10/21/02 through 6/10/03 |

| | | | |
|---|---|---|---|
| | | Q | Statement of charges from Rhode Island Hospital Dated: 3/15/05 |
| | | R | Statement of charges from X Ray Associates, Inc. dated 3/4/05 |
| | | S | Black and White illustrations of x-rays of right wrist Dated 10/20/02 |
| | | T | Radiology report from South County Hospital Dated 10/20/02 |
| | | U | Radiology report from Rhode Island Hospital Department of Diagnostic Imaging, Dated 7/24/03 |
| | | V | Xray Film Dated 12/26/02 (3 views) |
| | | W | Letter from Leo M. Rozmaryn, M.D. to Attorney Kris Marotti Dated March 7, 2005 |
| | | X | Report of Independent Medical Examination performed by Leo M. Rozmaryn, M.D., Dated May 1, 2006 |
| | | Y | Plaintiff’s Rule 26 Expert Disclosure, Leo M. Rozmaryn, M.D., Dated January 19, 2006 |