UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE CROWE

VS. C.A. No: 05-098 T

ROBERT C. MARCHAND, M.D.

**DEFENDANT'S THIRD PROPOSED AMENDED EXHIBIT LIST**

Now comes Defendant, Robert C. Marchand, M.D., and, pursuant to the Honorable Court's Pre-Trial Order, dated May 2, 2006, hereby submits his attached proposed Exhibit List, wherein four (4) additional exhibits are proposed. Defendant respectfully requests leave for addition of these exhibits.

ROBERT C. MARCHAND, M.D.
By His Attorneys,

/s/ David W. Carroll
/s/ Jason C. Preciphs
David W. Carroll #0561
Jason C. Preciphs #6727
ROBERTS, CARROLL, FELDSTEIN
& PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000

**CERTIFICATION**

I hereby certify that on this 13th day of December, 2006 the within document was filed electronically through the ECF System, where it is available for viewing and downloading and has been hand delivered this day to:

Thomas A. Tarro, III, Esq.
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886
ttarro3rd@tarrolawfirm.com

/s/ Jason C. Preciphs