**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

DENISE CROWE,
Plaintiff,

v. C.A. No. 05-98T

ROBERT C. MARCHAND, M.D.
Defendant.

## VERDICT FORM

WE, THE JURY, FIND:

Re: Claim by Denise Crowe v. Robert C. Marchand, M.D.:

Malpractice (Negligence) Claim

For the Plaintiff,
Denise Crowe ______

For the Defendant,
Robert C. Marchand ✓

If you find for the
Plaintiff, please state
the amount of
damages to be awarded, if any: $______

Signature of foreperson: [signature]

Date: 12/19/06