AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

Denise Crowe v. Robert Marchand, M.D.

CASE NUMBER: CA05-98T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Thomas Tarro, III; Kris Marotti | David Carroll; Jason Preciphs |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/12/06-12/14/06; 12/18/06-12/19/06 | Debra Lajoie | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | 12/12/06 | | | W-1 Dr. Robert Marchand |
| 5 | | 12/12/06 | | FULL | 10/21/02 Medical Report of Dr. Marchand |
| 2a | | 12/12/06 | | FULL | 10/20/02 X-Ray film of Right Wrist |
| 2b | | 12/12/06 | | FULL | 10/20/02 X-Ray film of Right Wrist |
| 3a | | 12/13/06 | X | FULL | 10/20/02 Black and White Illustration of X-Ray Film |
| 3b | | | X | | 10/20/02 Black and White Illustration of X-Ray Film |
| 6 | | 12/12/06 | | FULL | 11/5/02 Medical Report of Rick Moffitt |
| 7 | | 12/12/06 | | FULL | 11/5/02 X-Ray film of Right Wrist |
| 10 | | 12/12/06 | | FULL | 11/12/02 MRI Report of Right Wrist |
| 11 | | 12/12/06 | | FULL | 11/12/02 MRI of Right Wrist |
| 15 | | 12/12/06 | | FULL | 11/14/02 Medical Report of Dr. Marchand |
| 32 | | 12/12/06 | | FULL | Physical Therapy Referral |
| 16 | | 12/12/06 | | FULL | 11/21/02 Occupational Therapy Initial Evaluation |
| 17 | | 12/12/06 | | FULL | 12/26/02 Report of Rick Moffitt |
| 18 | | 12/12/06 | | FULL | 1/16/03 Medical Report of Dr. Marchand |
| | | 12/13/06 | | | W-2, Leo Rozmaryn, M.D. |
| 1 | | 12/13/06 | | FULL | 10/20/02 South County Hospital Emergency Room Record |
| 19 | | 12/13/06 | | FULL | 2/26/03 Medical Report of Dr. Marchand |
| 20 | | 12/13/06 | | FULL | 4/11/03 Medical Report of Dr. Burns |
| 21 | | 12/13/06 | | FULL | 4/11/03 X-Ray Film of Right Wrist |
| 22 | | 12/13/06 | | FULL | 4/24/03 Report of Dr. Akelman to Dr. David Burns |
| 23 | | 12/13/06 | | FULL | 5/13/03 Operative Report |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Denise Crowe V. Robert Marchand, M.D.

CASE NUMBER: CA05-98T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 24 | | 12/13/06 | | FULL | 7/24/03 X-Ray After Fusion Surgery |
| 33 | | 12/13/06 | | FULL | Physical Therapy Record Dated 11/26/02 |
| 34 | | 12/13/06 | | FULL | Physical Therapy Record Dated 12/3/02 |
| 35 | | 12/13/06 | | FULL | Physical Therapy Record Dated 12/5/02 |
| 36 | | 12/13/06 | | FULL | Physical Therapy Record Dated 12/10/02 |
| 37 | | 12/13/06 | | FULL | Physical Therapy Record Dated 12/12/02 |
| 38 | | 12/13/06 | | FULL | Physical Therapy Record Dated 12/17/02 |
| 39 | | 12/13/06 | | FULL | Physical Therapy Record Dated 12/19/02 |
| 40 | | 12/13/06 | | FULL | Physical Therapy Record Dated 12/27/02 |
| 41 | | 12/13/06 | | FULL | Physical Therapy Record Dated 12/31/02 |
| 42 | | 12/13/06 | | FULL | Physical Therapy Record Dated 1/2/03 |
| 43 | | 12/13/06 | | FULL | Physical Therapy Record Dated 1/7/03 |
| 44 | | 12/13/06 | | FULL | Physical Therapy Record Dated 1/9/03 |
| 45 | | 12/13/06 | | FULL | Physical Therapy Record Dated 1/14/03 |
| 46 | | 12/13/06 | | FULL | Physical Therapy Record Dated 1/16/03 |
| 47 | | 12/13/06 | | FULL | Physical Therapy Record Dated 1/21/03 |
| 48 | | 12/13/06 | | FULL | Physical Therapy Record Dated 1/23/03 |
| 49 | | 12/13/06 | | FULL | Physical Therapy Record Dated 1/28/03 |
| 50 | | 12/13/06 | | FULL | Physical Therapy Record Dated 1/30/03 |
| 51 | | 12/13/06 | | FULL | Physical Therapy Record Dated 2/4/03 |
| 52 | | 12/13/06 | | FULL | Physical Therapy Record Dated 2/6/03 |
| 53 | | 12/13/06 | | FULL | Physical Therapy Record Dated 2/11/03 |
| 54 | | 12/13/06 | | FULL | Physical Therapy Record Dated 2/13/03 |
| 55 | | 12/13/06 | | FULL | Physical Therapy Record Dated 2/18/03 |
| 56 | | 12/13/06 | | FULL | Physical Therapy Record Dated 2/19/03 |
| 57 | | 12/13/06 | | FULL | Physical Therapy Record Dated 2/20/03 |
| 58 | | 12/13/06 | | FULL | Physical Therapy Record Dated 2/25/03 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Denise Crowe V. Robert Marchand, M.D.

CASE NUMBER: CA05-98T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 59 | | 12/13/06 | | FULL | Physical Therapy Record Dated 2/27/03 |
| 60 | | 12/13/06 | | FULL | Physical Therapy Record Dated 3/4/03 |
| 61 | | 12/13/06 | | FULL | Physical Therapy Record Dated 3/13/03 |
| 62 | | 12/13/06 | | FULL | Physical Therapy Record Dated 3/18/03 |
| 63 | | 12/13/06 | | FULL | Physical Therapy Record Dated 4/24/03 |
| 64 | | 12/13/06 | | FULL | Physical Follow-Up Plan Dated 4/24/03 |
| 65 | | 12/13/06 | | FULL | Physical Therapy Initial Evaluation Plan Dated 4/30/03 |
| 66 | | 12/13/06 | | FULL | Physical Therapy Record Dated 4/30/03 |
| 67 | | 12/13/06 | | FULL | Shoulder Exercise Instructions Sheet Dated 4/30/03 |
| 68 | | 12/13/06 | | FULL | Physical Therapy Record Dated 5/2/03 |
| 69 | | 12/13/06 | | FULL | Physical Therapy Record Dated 5/5/03 |
| 70 | | 12/13/06 | | FULL | Physical Therapy Record Dated 5/7/03 |
| 71 | | 12/13/06 | | FULL | Physical Therapy Record Dated 5/9/03 |
| 72 | | 12/13/06 | | FULL | Curriculum Vitae of Dr. Rosmaryn |
| 73 | | 12/13/06 | | FULL | Photograph of Wrist Bones |
| 4 | | 12/13/06 | X | FULL | Colorized Illustration of X-Ray Film Dated 10/20/02 |
| 8 | | 12/13/06 | X | FULL | Black and White Illustration of X-Ray Film Dated 11/5/02 |
| 13 | | 12/13/06 | | FULL | Colorized Illustration of MRI Dated 11/12/02 |
| 74 | | 12/13/06 | | FULL | Poster - Measurement of Pronation/Supination |
| 75 | | 12/13/06 | | FULL | Poster - Measurement of Wrist Motion & Finger Motion, Lack of Finger Flexion and Thumb Opposition |
| 76 | | 12/13/06 | X | FULL | Report of Dr. Leo Rosmaryn Re: Independent Medical Examination of Denise Crowe |
| 26 | | 12/13/06 | | FULL | Colorized Illustration of X-Ray After Fusion 7/24/03 |
| | Z | | X | | Errate Sheet for Leo M. Rozmaryn Dated 6/2/06 |
| | | 12/14/06 | | | W-3 Bruce Leslie, M.D. |
| | D | 12/14/06 | X | FULL | Curriculum Vitae of Bruce Leslie, M.D. |
| | | 12/14/06 | | | W-1 Dr. Robert Marchand |
| | | 12/14/06 | | | W-4 Lori Lind |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Denise Crowe V. Robert Marchand, M.D.

CASE NUMBER: CA05-98T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 77 | | 12/14/06 | | FULL | Hand Surgeon Names on Post-It Note |
| | | 12/14/06 | | | W-5 Rick Moffett (VIDEOTAPE) |
| | | 12/18/06 | | | W-6 Denise Crowe |
| 78 | | 12/18/06 | | FULL | 12/21/05 Letter of Robert Marchand, M.D. |
| 28 | | 12/18/06 | | FULL | Life Expectancy Affidavit |
| | | 12/18/06 | | | W-1 Robert Marchand, M.D. |
| | AA | 12/18/06 | | FULL | 11/14/02 MRI Report of Right Wrist |
| | B | 12/18/06 | | FULL | Curriculum Vitae of Robert Marchand, M.D. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |