**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

DENISE CROWE,

Plaintiff

vs. C.A. No. 05-98T

ROBERT C. MARCHAND, M.D.,

Defendant

# JUDGMENT

[ X ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

In accordance with the Jury Verdict rendered on December 19, 2006, Judgment hereby enters in favor of the defendant, Robert C. Marchand, M.D. and against the plaintiff, Denise Crowe.

Enter:

Deputy Clerk

Dated: December 20, 2006