UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENISE CROWE | : | |
| VS. | : | C.A. No. 05-098T |
| ROBERT C. MARCHAND, MD; SOUTH COUNTY ORTHOPEDIC & PHYSICAL THERAPY, INC. | : | |

**PLAINTIFF'S MOTION FOR NEW TRIAL**

Now comes your Plaintiff, Denise Crowe, pursuant to Rule 59 of the Federal Rules of Civil Procedure and moves for a new trial. As grounds for her Motion, the Plaintiff relies on the Memorandum of Law filed contemporaneously herewith.

Plaintiff,
By and Through Her Attorney,

___/s/ Thomas A. Tarro, III__________

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a copy of the foregoing ***Motion for New Trial*** on the 28th day of December , 2006, to:

David Carroll, Esq.
ROBERTS CARROLL FELDSEIN & PEIRCE
10 Weybosset Street
Providence, RI 02903

__/s/ Andrea T. Nadeau____________