35-182

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE CROWE

VS. C.A. No: 05-098 T

ROBERT C. MARCHAND, M.D.
SOUTH COUNTY ORTHOPEDICS
& PHYSICAL THERAPY, INC.

**EXPERT DISCLOSURE OF DEFENDANT, ROBERT C. MARCHAND, M.D.**

**Dr. Edward A. Nalebuff**
New England Baptist Hospital
125 Parker Hill Avenue
Boston, MA 02215
Orthopedic Surgeon

Dr. Nalebuff is Board Certified in Orthopedic Surgery. He will testify based on his education, training, knowledge, experience, as well as a review of the patient's medical records, answers to interrogatories, deposition testimony and other pertinent discovery compliance Dr. Nalebuff is expected to testify concerning standard of care, causation and damages..

Dr. Nalebuff will testify that I at all times acted appropriately and within the standard of care in managing the treatment of Ms. Crowe. More specifically, Dr. Nalebuff will testify that it was reasonable and within the standard of care for me to recommend continuing conservative treatment in light of the patient's symptoms of Reflex Sympathetic Dystrophy (RSD). Further, he will testify that it was reasonable for me to not perform surgery immediately in order to allow the RSD symptoms to subside. Dr. Nalebuff will testify that nothing I did or did not do resulted in the necessity of a wrist fusion.

Dr. Nalebuff will also address opinions expressed by the plaintiff's experts in discovery and at trial, and on the nature and substance of the medical examinations and treatment Denise Crowe received.

Dr. Nalebuff is expected testify on the injuries Ms. Crowe sustained to her right wrist and on the issue of causation. Dr. Nalebuff is expected to testify on any future medical treatment Ms. Crowe may receive and the costs thereof. Dr. Nalebuff will further testify on any alleged permanent partial impairment or disability Ms. Crowe may have and the prognosis thereof.

**Bruce M. Leslie, M.D.**
2000 Washington Street
Suite 343
Newtonville, MA 02162-1602

Dr. Leslie is Board Certified in Orthopedic Surgery. He will testify based on his education, training, knowledge, experience, as well as a review of the patient's medical records, answers to interrogatories, deposition testimony and other pertinent discovery compliance Dr. Leslie is expected to testify concerning standard of care, causation and damages..

Dr. Leslie will testify the patient was appropriately x-rayed and splinted at her first visit, and subsequently was referred for an MRI of her wrist after x-rays showing a widening caused concern of a ligament tear. Based on the MRI results, I appropriately and accurately diagnosed the patient's widening of the scapholunate joint and torn scapholunate ligament on November 14, 2002. Dr. Leslie will testify that my decision to treat the patient conservatively based on the patient's RSD symptoms was appropriate. Dr. Leslie will testify that nothing I did or did not do resulted in the patient requiring a wrist fusion. Further, Dr. Leslie will testify that a wrist fusion is not the only option available to surgically repair a scapholunate disassociation within the standard of care. Dr. Leslie will testify regarding the standard of care with respect to

I reserve the right to supplement this answer in accordance with the Rules of Civil Procedure. I reserve the right to call any and all medical personnel who treated the patient as witnesses at the time of trial.

Furthermore, I reserve the right to supplement or modify the expert disclosure herein. I further reserve the right to amend the disclosure upon receipt of additional information gathered through discovery.

Robert C. Marchand, M.D.

Subscribed and sworn to before me this 26th day of SeptemBer 2005.

Notary Public

**CERTIFICATION**

I hereby certify that I caused a copy of the within to be delivered to the following attorneys of record on the 1st day of ~~September~~ October, 2005.

Thomas A. Tarro, III, Esq.
LAW FIRM OF THOMAS A. TARRO, III
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886

Dennis T. Grieco, Esq.
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

DWC/CAS
35-182 / 276901