Bruce M. Leslie, M.D., P.C.
Suite 343
Newton-Wellesley Hospital
2000 Washington Street
Newton, Massachusetts 02462

(617) 332-5150
(508) 774-2717
(617) 244-8324 fax

Surgery of the Hand and Upper Extremity

December 14, 2005

Mr. David W. Carroll
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street
Providence, RI 02903-2808

re: Denise Crowe vs Robert C. Marchand, M.D.
File #35-182

Dear Mr. Carroll:

Thank you for your letter dated July 7, 2005. I had the opportunity to review the medical records on Denise Crowe. Available for review were answers to interrogatories as well as notes from South County Hospital and Rhode Island Hospital. Also available for review were records Drs. Marchand, Burns, and Akelman. Included were therapy notes from South County Orthopedics and Physical Therapy, Inc., as well as therapy notes from Rhode Island Hospital. I had the opportunity to review these medical records and form an opinion.

As you know, Ms. Crowe was a 37-year-old left-handed female who apparently slipped and fell while Rollerblading on October 20, 2002. She was seen in the emergency room at South County Hospital, where x-rays were interpreted as showing a "comminuted fracture involving the distal right radius with slight impaction and minimal posterior angulation." The x-rays were not available for review, but the radiologist dictated that there was "an intra-articular component of the fracture." This was the only mention of an intraarticular component as all subsequent notes indicated that the fracture was extraarticular.

Ms. Crowe was seen the following day by Dr. Marchand, an orthopedic surgeon at South County Orthopedics in Wakefield, Rhode Island. His brief office note described a nondisplaced extraarticular distal radius fracture with

moderate swelling but no shortening or malrotation. Motor and sensory exam was normal. He placed her in a volar splint.

On November 5, 2002 Mr. Crowe was seen by Rick Moffitt, a physician's assistant who works with Dr. Marchand. Mr. Moffitt noted that Ms. Crowe noted swelling and popping in the involved right wrist. Mr. Moffitt noted swelling and tenderness and obtained a new set of x-rays. The x-rays, according to Mr. Moffitt, continued to show the nondisplaced distal radius fracture in satisfactory alignment, but there was now "a little" widening of the scapholunate joint. Mr. Moffit dictated that he would discuss the films with Dr. Marchand.

Although there is no documentation of that conversation with Dr. Marchand, an MRI scan was ordered apparently at the request of Dr. Marchand, as he was the referring physician on the MRI report from X-Ray Associates dated November 12, 2002. The MRI report showed evidence of an extraarticular nondisplaced distal radius fracture, as well as a scapholunate ligament tear. Dr. Black, the radiologist, also noted a tear of the TFC.

Two days after the MRI scan, and a bit over three weeks after the original fracture, Dr. Marchand re-evaluated Denise Crowe. He reviewed x-rays, which demonstrated widening of the scapholunate joint, and concluded that she had a scapholunate ligament tear. The brief note from Dr. Marchand indicated that he discussed the possibility of reconstructing the ligament, but for reasons that were not documented he favored "conservative treatment."

One week after that visit (January 21, 2002), Ms. Crowe started supervised therapy at South County Orthopedics and Physical Therapy. The initial therapy evaluation noted hypersensitivity to touch and suggested aggressive range of motion. The initial note recorded symptoms of an early reflex sympathetic dystrophy with tightness and "moderate edema." By November 26, 2002 the therapist noted significant pain that interfered with progress. Reflex sympathetic dystrophy was clearly considered by the therapist on December 3, 2002, when she noted significant pitting edema and "early RSD."

Subsequent notes from South County Orthopedics and Physical Therapy document problems regaining motion with slow and sometimes steady improvement, as well as persistent pain, edema and tightness. On December 17, 2002 the therapist noted "significant hypersensitivity" and started the

patient on stress loading. Stress loading is a modality that is typically done for patients with reflex sympathetic dystrophy. On December 19, 2002 the therapist noted persistent significant pain, as well as the need for "strong encouragement."

On February 26, 2002, approximately two months after the injury, Ms. Crowe was re-evaluated by Rick Moffitt, P.A. He noted "considerable pain" despite twice a week therapy. Repeat x-rays again showed widening of the scapholunate joint. The extraarticular distal radial fracture was well-healed. Mr. Moffitt went on to dictate that he was "a little concerned about a possible RSD" and suggested increasing the therapy to three times a week, as well as adding Elavil to facilitate sleep.

Subsequent notes from the therapist record stiffness at the MP joint with limited wrist motion and markedly limited supination. Supination generally was measured at 30 degrees. On January 9, 2003 the therapist noted that Ms. Crowe had "extremely guarded motion." On January 14, 2003 the therapist noted minimal change in wrist motion.

On January 16, 2003, approximately three months after the fracture, Dr. Marchand re-evaluated the injury and dictated that Ms. Crowe had "significant RSD symptomatology." He noted "significant skin atrophic changes" with limited MCP flexion and suggested increased Elavil. In January 2003 the therapist indicated that supination appeared to be improving, but on February 6, 2003 the therapist indicated that supination was "still poor." Measurements taken by the therapist on February 18, 2003 recorded wrist flexion of 20 degrees, extension 30 degrees, radial deviation 15 degrees, ulnar deviation 20 degrees. Pronation was 75 degrees. Supination was 40 degrees. MP joint motion varied from 60 to 70 degrees.

On February 26, 2003, four months after the fracture, Dr. Marchand again evaluated Ms. Crowe. He noted the hand was "very dystrophic" with wrist flexion of 30 degrees, wrist extension 30 degrees, pronation 85 degrees, and supination 10 degrees. Dr. Marchand commented on the ipsilateral stiff shoulder and indicated that Ms. Crowe was now developing a "shoulder/hand type syndrome." He suggested interscalene blocks; I do not know if these were performed.

On February 27, 2003 the therapist continued with stress loading activity and recorded slow but steady improvement in motion. Unfortunately, by

March 13, 2003 the therapist noted an increase in her RSD symptoms, and on March 18, 2003 wrist pain was noted to significantly restrict her function.

On April 11, 2003 Ms. Crowe was seen by David B. Burns, D.O., Dr. Marchand's associate. He noted a loud intra-articular wrist clunk, as well as decreased wrist motion and a history of RSD. Dr. Burns noted that Ms. Crowe had stopped the Elavil, but there was no indication whether this was done at the doctor's request or because of the patient's desire. He suggested a referral to Dr. Akelman.

On April 24, 2003 the occupational therapist at South County Orthopedics and Physical Therapy recorded wrist flexion at 15 degrees, wrist extension 15 degrees, radial deviation 10 degrees, ulnar deviation 15 degrees, pronation 80 degrees, supination 10 degrees. Grip strength was 8 kg on the right and 40 kg on the left.

On April 24, 2003 Ms. Crowe was evaluated by Dr. Edward Akelman, an orthopedic hand surgeon at Rhode Island Hospital. A handwritten note from Dr. Akelman recorded the history of trauma, clunking, and the absence of numbness. Although Dr. Akelman noted a frozen shoulder, he made no mention of the history of a reflex sympathetic dystrophy. In a letter to Dr. Burns dated April 24, 2003, Dr. Akelman suggested therapy to improve shoulder motion and obtained an operative permit for a right wrist scapholunate fusion, possible right radiocarpal fusion, right radioulnar joint exploration, possible resection, and right carpal tunnel syndrome. The permit did not mention a scapho-captitate fusion.

Subsequent notes from the therapist at South County Orthopedics and Physical Therapy then record the shoulder stiffness with forward flexion of 90 degrees, external rotation of 45 to 50 degrees, and internal rotation of 40 to 45 degrees. Therapy notes from April 30, 2003, May 2, 2003, May 5, 2003, May 7, 2003, and May 9, 2003 all address the shoulder and make no mention of the previous treatment directed at the wrist.

On May 13, 2003 Dr. Akelman performed an operative procedure. The operative note described an endoscopic carpal tunnel release with a KMI Safeguard System with routine subcutaneous re-routing of the EPL tendon and transection of the terminal branches of the posterior interosseous nerve in the fourth dorsal compartment. A capsulotomy was performed of the distal radioulnar joint and supination was noted to be "improved greatly."

The radiocarpal capsulotomy noted a large diastasis between the scaphoid and lunate with attenuated ligaments still attached to the radial border of the lunate. "It was decided that this would not suffice for repair." Dr. Akelman then proceeded to a scaphocapitate fusion utilizing distal radius bone graft. Mini C-arm pictures attached to the operative note were dated April 24, 2003; these pictures were actually spot films of Ms. Crowe's elbow taken at the time of Dr. Akelman's initial evaluation.

Subsequent notes from the orthopedic hand clinic record cast immobilization for at least six weeks. On July 24, 2003 Sean Griggs, whom I presume to be either a resident or fellow in the orthopedic hand clinic, indicated that the x-rays showed early consolidation of the fusion and suggested protected splinting and initiation of therapy. On November 6, 2003 Dr. Serafin N. Deleon, whom I also presume to be either a resident or fellow in the orthopedic hand clinic, noted wrist flexion of 20 degrees, wrist extension -5 degrees, pronation of 90 degrees, and supination of 30 degrees. Dr. Deleon noted that Ms. Crowe had been utilizing a JAS passive motion machine, but either on this date or perhaps before this date the supervised therapy and perhaps the JAS machine were discontinued as the insurance was no longer paying for supervised therapy. Dr. Deleon also noted a solid radiocarpal fusion.

Following Dr. Akelman's surgery, Ms. Crowe must have received therapy at Rhode Island Hospital as there are postoperative therapy notes. Some of the notes are undated. The last note continues to record limited wrist motion, as well as limited pronation and supination.

The medical records clearly document an extra-articular Colles' fracture with a probable scapholunate ligament tear. Although the original films read by the radiologist at South County Hospital suggested that there may be an intra-articular component, subsequent orthopedic surgeons interpreted the x-rays as extraarticular. This was confirmed by the MRI scan, which showed the fracture did not involve the articular surface. Even if the original radiologic interpretation were correct, it is clear from the medical records that if Ms. Crowe had an intra-articular Colles' fracture, it was extremely minor and would not have changed the ultimate treatment.

The possibility of a scapholunate dissociation was first suggested on November 5, 2002 and confirmed by Dr. Marchand on November 14, 2002. According to Dr. Marchand's note dated November 14, 2002, the option of

reconstructing the ligament was discussed, but Dr. Marchand indicated that he preferred conservative treatment. Dr. Marchand did not elaborate as to the basis for his conclusion, but subsequent notes from the therapist indicate that Mr. Crowe was clearly developing signs and symptoms of a reflex sympathetic dystrophy.

While ligamentous repair within three to six weeks of scapholunate ligament injury is frequently performed, repair up to four to six months can be carried out as long as there is not a fixed deformity. You will note that Dr. Akelman was able to easily reduce the scaphoid by placing a 0.062 K-wire in the scaphoid as a joystick. This indicates that Ms. Crowe did not have a fixed carpal deformity.

If Dr. Marchand had either performed a scapholunate ligament repair or pushed Ms. Crowe to have a scapholunate ligament repair, given the amount of stiffness and swelling the therapist noted, it is, more likely than not, based on a reasonable degree of medical certainty, that Ms. Crowe would either have had an exacerbation of her reflex sympathetic dystrophy and/or marked wrist stiffness. In other words, earlier surgery to the torn scapholunate ligament would <u>not</u> have given Ms. Crowe a better result. If anything, the developing reflex sympathetic dystrophy may have given her a worse result.

I do not know if Dr. Akelman was aware of the history of reflex sympathetic dystrophy when he went ahead with the surgical reconstruction. I am also not certain why he elected to proceed with a carpal tunnel release as there was never any documentation that Ms. Crowe had an irritated median nerve or developing carpal tunnel syndrome. Dr. Akelman's operative note clearly describes a mobile scaphoid that could have been stabilized by a dorsal capsulodesis. This is an operation that involves taking tissue from the dorsum of the wrist and suturing it to the distal pole of the scaphoid. This keeps the scaphoid tethered in a more anatomic position. There have been a number of studies, which show the success of a dorsal capsulodesis four to six months after an acute scapholunate ligament tear. Dr. Akelman's choice of a limited wrist fusion, however, was not inappropriate but was not the only option that could have been presented to Ms. Crowe.

You will note that despite Dr. Akelman's attempts to improve Ms. Crowe's wrist motion, the numbers that I was provided after the surgery show worsening of her wrist extension and little or no change in supination despite the capsulotomy to the distal radioulnar joint.

Although Dr. Marchand's medical records may not be extremely detailed, it is clear when looking at the combination of medical records and therapy notes that Ms. Crowe was developing a reflex sympathetic dystrophy. The etiology of a reflex sympathetic dystrophy is multifactorial, but based on a reasonable degree of medical certainty, Ms. Crowe's reflex sympathetic dystrophy was due to the recent wrist injury and not Dr. Marchand's treatment. Ms. Crowe was not immobilized for an unusually long period of time. The therapist quickly noted signs and symptoms of a developing RSD and provided appropriate treatment. Dr. Marchand was correct in not recommending surgical treatment for the apparent scapho-lunate ligament tear as early treatment in the face of a developing RSD would not only have made the wrist unnecessarily stiff, but it could easily have exacerbated the developing reflex sympathetic dystrophy. Dr. Marchand's care was within the standard of care of the average orthopaedic surgeon practicing in 2002.

I hope this information will assist you.

Sincerely,

Bruce M. Leslie, M.D.
BML/eak