AO 435 (Rev. 12/03)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Please Read Instructions above*

**FOR COURT USE ONLY**

**DUE DATE:**

| | | | |
|---|---|---|---|
| 1. NAME THOMAS A. TARRO, III | 2. PHONE NUMBER (401) 737-7200 | 3. DATE 2/23/2007 | |
| 4. MAILING ADDRESS 300 CENTERVILLE ROAD, SUMMIT EAST SUITE 330 | 5. CITY WARWICK | 6. STATE RI | 7. ZIP CODE 02886 |
| 8. CASE NUMBER 05-098T | 9. JUDGE | DATES OF PROCEEDINGS: 10. FROM 12/12/2006 | 11. 12/19/2006 |
| 12. CASE NAME DENISE CROWE VS. ROBERT MARCHAND, MD | | LOCATION OF PROCEEDINGS: 13. PROVIDENCE | 14. |

15. ORDER FOR

- [X] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [X] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [X] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | DR. LEO ROZMARYN | 12/12/2006 |
| [ ] OPENING STATEMENT | | DR. MARCHAND | 12/12/2006 AND 12/14/2006 |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | SIDEBAR TESTIMONY | BEFORE TESTIMONY OF |
| [ ] BAIL HEARING | | BRUCE M. LESLIE, MD | 12/14/2006 |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL 0.00

18. SIGNATURE Thomas A. Tarro, III

Digitally signed by Thomas A. Tarro, III
DN: CN = Thomas A. Tarro, III, C = US, O = The Law Firm of Thomas A. Tarro, III
Date: 2007.02.23 15:29:49 -05'00'

PROCESSED BY

19. DATE

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY

Print Save As... Export as FDF Retrieve FDF File Reset