UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENISE CROWE | : | |
| VS. | : | C.A. No. 05-098T |
| ROBERT C. MARCHAND, MD; SOUTH COUNTY ORTHOPEDIC & PHYSICAL THERAPY, INC. | : | |

# NOTICE OF APPEAL

Notice is hereby given that that Denise Crowe, the Plaintiff in the above-entitled case, hereby appeals to the United States Court of Appeals for the First Circuit from the Order denying Plaintiff's Motion for a New Trial, entered in the United States District Court for the District of Rhode Island on January 30, 2007.

Plaintiff,
By and Through Her Attorney,

/s/ Thomas A. Tarro, III

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

## CERTIFICATION

I, the undersigned, hereby certify that I electronically mailed a copy of the foregoing ***Notice of Appeal*** on the 26th day of February, 2007, to:

David Carroll, Esq.
ROBERTS CARROLL FELDSEIN & PEIRCE
10 Weybosset Street
Providence, RI 02903

/s/ Andrea T. Nadeau