UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

March 26, 2007

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: ***DENISE CROWE V. ROBERT MARCHAND, M.D.***
***USDC: CA05-98T USCA: 07-1463***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: Lucia Cristina Leyva
Lucia Cristina Leyva
DEPUTY CLERK

encl.: Doc. #119 - Excerpt from Jury Trial (Sidebar Discussion) held December 14, 2006 before Judge Ernest C. Torres. This is an amended transcript. Per Court Reporter, Doc. #113 was not complete. Doc. #119 is the complete transcript of the sidebar discussion.; Certified Copy of Docket.