05-00098
USDC RI
Judge Torres

# United States Court of Appeals
## For the First Circuit

No. 07-1463

DENISE CROWE,

Plaintiff, Appellant,

v.

ROBERT C. MARCHAND, M.D.,

Defendant, Appellee.

**JUDGMENT**

Entered: October 19, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

...d and Issued as Mandate
...er Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

M. Donovan
Deputy Clerk

Date: 11/13/07

By the Court:

Richard Cushing Donovan, Clerk

[cc: Mr. Tarro, Mr. Macaruso Marotti, Mr. Carroll, Mr. Barkett Pettey, & Mr. Preciphs.]